UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                          Bankr. Case No. 24-11166

Nimeshkum S. Patel & Shital M. Patel                                          Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), Mercedes-Benz Financial Services USA LLC hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

>   Mercedes-Benz Financial Services USA LLC
>   c/o BK Servicing, LLC
>   PO Box 131265
>   Roseville, MN  55113-0011

>   BK Servicing, LLC

>   By  /s/ Ed Gezel
>   _____

>   Ed Gezel, Agent
>   BK Servicing, LLC
>   PO Box 131265
>   Roseville, MN  55113-0011
>   651-366-6390
>   notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on February 27, 2024 :

Paul Evangelista
Scura, Wigfield, Heyer, Stevens & Cammarota, Llp
1599 Hamburg Turnpike
Wayne, NJ  07470

Marie-ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ  07004-1550

By  /s/ Ed Gezel, Agent
    Ed Gezel

521137