UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                          Bankr. Case No. 24-11166

Nimeshkum S. Patel & Shital M. Patel                                                           Chapter 13

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

> Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust
> c/o BK Servicing, LLC
> PO Box 131265
> Roseville, MN  55113-0011

BK Servicing, LLC

By  /s/ Ed Gezel_____

Ed Gezel, Agent
BK Servicing, LLC
PO Box 131265
Roseville, MN  55113-0011
651-366-6390
notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on February 27, 2024 :

| | |
|---|---|
| Paul Evangelista<br>Scura, Wigfield, Heyer, Stevens & Cammarota, Llp<br>1599 Hamburg Turnpike<br>Wayne, NJ  07470 | Marie-ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ  07004-1550 |

By __/s/ Ed Gezel, Agent_____
    Ed Gezel

521139