Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

      Case No.:  24−11166−RG
      Chapter:  13
      Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Nimeshkum S. Patel
aka Nimesh S Patel
1 Saw Mill Drive
Somerset, NJ 08873

Shital M. Patel
aka Shital Bhatt
1 Saw Mill Drive
Somerset, NJ 08873

Social Security No.:
xxx−xx−6172                        xxx−xx−9444

Employer's Tax I.D. No.:

### NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              4/17/24
Time:            08:30 AM
Location:        Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: March 5, 2024
JAN: dlr

                                          Jeanne Naughton
                                          Clerk, U. S. Bankruptcy Court