**Robert Yu LLC**
**Attorneys At Law**
**560 Sylvan Avenue, Suite 1050**
**Englewood Cliffs, NJ 07632**
**(201) 257-6807**
**Attorneys for Woori America Bank**

| | |
|---|---|
| In re:<br><br>NIMESHKUM S. PATEL AND SHITAL M. PATEL,<br><br>Debtors. | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>CHAPTER 13<br><br>**CASE NO. 24-11166 (RG)**<br><br>Hearing Date and Time:<br>**April 17, 2024 at 10 am** |

## WOORI AMERICA BANK'S OBJECTION TO CONFIRMATION OF THE PLAN

Woori America Bank, through its undersigned counsel, Robert Yu, Esq. by way of objection to the Debtors' proposed plan respectfully objects as follows:

1. On April 1, 2024, Woori America Bank as secured creditor, filed its secured proof of claim in the amount of $152,897.72 and specified pre-petition arrears in the amount of $4,876.73 (filed as Claim 17).

2. While Debtors' Plan appears to state that Woori America Bank's secured claim is unaffected by the Plan, the Plan nonetheless fails to provide for payment of Woori America Bank's prepetition arrearages.

3. As such, undersigned counsel objects to the Debtors' Plan in its present form.

**WHEREFORE**, for the foregoing reasons, undersigned counsel on behalf of Woori America Bank respectfully request that this Court enter an order denying confirmation of the Debtor's Plan in its present form and for such other and further relief as is just and proper.

Dated: April l0, 2024

                                                           ROBERT YU LLC
                                                           ATTORNEYS AT LAW
                                                           Attorneys for Woori America Bank

                                                           By:  /s/ Robert Yu
                                                           Robert Yu, Esq.