# scura

## SCURA • WIGFIELD • HEYER
## STEVENS • CAMMAROTA , LLP

www.scura.com
Tel: 973-696-8391
Fax: 973-696-8571

▲■ John J. Scura III, Esq.
   David C. Wigfield, Esq.
●  Christopher Heyer, Esq.
●  David L. Stevens, Esq.
●  Pietro Cammarota, Esq.

●  Guillermo J. Gonzalez, Esq.
●◆ Mark T. Matri, Esq.
   Carlos D. Martinez, Esq.
   Jamal Romero, Esq.
   Timothy J. Bartzos, Esq.

   Roshni Shah, Esq.
   Paul S. Evangelista, Esq.
◆  Joseph A. Hallock, Esq. (of Counsel)
   Erich H. Kamm, Esq. (of Counsel)

■ Certified by the Supreme Court of New Jersey    ● Also admitted in New York    ▲ Also admitted in Pennsylvania    ◆ Also admitted in Florida
as a Civil Trial Attorney

April 30, 2024

To: All Creditors

**Re: Adjourned 341(a) Meeting of Creditors**
**Nimeshkum S. Patel and Shital M. Patel**
**Bankruptcy Case: 24-11166-RG**

Dear Sir/Madam,

Please be advised that the 341(a) Meeting of Creditors hearing in this matter has been adjourned to Tuesday, May 28, 2024, at 11:00 am.

Thank you.

Very truly yours,

*/s/ Paul Evangelista*
Paul Evangelista, Esq

**Wayne**
1599 Hamburg Tpke
Wayne, NJ 07470
*Mailing Address*

**Secaucus**
1 Harmon Meadow Blvd
Suite 201
Secaucus, NJ 07094

**Hackensack**
3 University Plaza
Suite 207
Hackensack, NJ 07601

**Newark***
One Gateway Center
Suite 2600
Newark, NJ 07102

*Meeting location - by appointment only.