| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on June 12, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    NIMESHKUM S. PATEL<br>    SHITAL M. PATEL | Case No.:  24-11166<br><br>Hearing Date:  06/05/2024<br><br>Judge:  ROSEMARY GAMBARDELLA |

### ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: June 12, 2024**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Debtor(s): NIMESHKUM S. PATEL
SHITAL M. PATEL

Case No.: 24-11166RG

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 06/05/2024 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 6/5/2024 of the plan filed on 03/04/2024, is denied; and it is further

ORDERED, that the Debtors must file a modified plan, amended Schedule B to include with specificity all assets and provide the Trustee with the 2023 tax return with proof of filing by 7/1/2024 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings; and it is further

ORDERED, that if the above information has been filed timely and/or provided, the Hearing on Confirmation shall be adjourned to 8/7/2024 at 8:30 am.