| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on June 12, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    NIMESHKUM S. PATEL<br>    SHITAL M. PATEL | Case No.:  24-11166<br><br>Hearing Date:  06/05/2024<br><br>Judge:  ROSEMARY GAMBARDELLA |

### ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: June 12, 2024**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Debtor(s): NIMESHKUM S. PATEL
        SHITAL M. PATEL

Case No.: 24-11166RG

Caption of Order:  Order Denying Confirmation

---

    THIS MATTER having been scheduled before the Court on 06/05/2024 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

    ORDERED, that the Confirmation Hearing scheduled on 6/5/2024 of the plan filed on 03/04/2024, is denied; and it is further

    ORDERED, that the Debtors must file a modified plan, amended Schedule B to include with specificity all assets and provide the Trustee with the 2023 tax return with proof of filing by 7/1/2024 or the case will be dismissed; and it is further

    ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings; and it is further

    ORDERED, that if the above information has been filed timely and/or provided, the Hearing on Confirmation shall be adjourned to 8/7/2024 at  8:30 am.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-11166-RG |
| Nimeshkum S. Patel | Chapter 13 |
| Shital M. Patel | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 12, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Nimeshkum S. Patel, Shital M. Patel, 1 Saw Mill Drive, Somerset, NJ 08873-7362 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jerrold S. Kulback | on behalf of Creditor CM Ventures Holdings LLC jkulback@archerlaw.com  chansen@archerlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Paul Evangelista | on behalf of Joint Debtor Shital M. Patel pevangelista@scura.com pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com |
| Paul Evangelista | on behalf of Debtor Nimeshkum S. Patel pevangelista@scura.com pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@ |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 12, 2024 | Form ID: pdf903 | Total Noticed: 1 |

scura.com;dwoody@scura.com

Rebecca K. McDowell

    on behalf of Creditor TD Bank  N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com

Robert H. Yu

    on behalf of Creditor Woori America Bank Ryu@RobertYuLLC.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

    on behalf of Creditor Mercedes-Benz Financial Services USA LLC wcraig@egalawfirm.com  mortoncraigecf@gmail.com

TOTAL: 9