Form 186 − ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−11166−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Nimeshkum S. Patel
aka Nimesh S Patel
1 Saw Mill Drive
Somerset, NJ 08873

Shital M. Patel
aka Shital Bhatt
1 Saw Mill Drive
Somerset, NJ 08873

Social Security No.:
xxx−xx−6172 xxx−xx−9444

Employer's Tax I.D. No.:

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on and a confirmation hearing on such Plan has been scheduled for .

The debtor filed a Modified Plan on 07/01/2024 and a confirmation hearing on the Modified Plan is scheduled for 8/7/2024 at 08:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: July 2, 2024
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 24-11166-RG

Nimeshkum S. Patel Chapter 13

Shital M. Patel

Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 6

Date Rcvd: Jul 02, 2024 Form ID: 186 Total Noticed: 83

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nimeshkum S. Patel, Shital M. Patel, 1 Saw Mill Drive, Somerset, NJ 08873-7362 |
| cr | + | Woori America Bank, 330 5th Avenue, New York, NY 10001-3101 |
| 520156067 | + | Archer & Greiner, P.C., 1211 Avenue of the Americas, Suite 2750, New York, NY 10036-8789 |
| 520156069 | + | Brunswick Urgent Care, PA, 3185 State Route 27, Franklin Park, NJ 08823-1313 |
| 520156073 | + | CM Ventures Holdings LLC, 630 First Avenue, 29H, New York, NY 10016-3782 |
| 520160645 | + | CM Ventures Holdings LLC, 260 W. 39th St. 301, New York, NY 10018-0376 |
| 520156071 | + | Celentano, Stadtmauer & Walentowicz, LLP, 1035 Route 46 East, Suite 208, Clifton, NJ 07013-7481 |
| 520156077 | + | Edison Metuchen Orthopedic Group, PA, 10 Parsonage Road, Suite 500, Edison, NJ 08837-2475 |
| 520156079 | | Financial Services, Inc., Pob 3415, Portland, OR 97208 |
| 520156080 | + | Gigna Patel, 21 Eagle Drive, Towaco, NJ 07082-1283 |
| 520156081 | + | Greenix, P.O Box 734929, Chicago, IL 60673-4929 |
| 520156082 | + | Hackensack Meridiam Health, 343 Thornall Street, Edison, NJ 08837-2209 |
| 520156083 | + | Hackensack Meridiam Health, PO Box 95000-7705, Philadelphia, PA 19195-0001 |
| 520156088 | ++ | JERSEY CENTRAL POWER AND LIGHT COMPANY, BUILDING 3, 331 NEWMAN SPRINGS ROAD, RED BANK NJ 07701-5688 address filed with court:, Jersey Central Power & Light, 300 Madison Avenue, Morristown, NJ 07960 |
| 520156091 | + | Kamal Patel, 8 Jona Road, Somerset, NJ 08873-2753 |
| 520156092 | + | Kunal Patel, 3036 Magdalene Drive, Chalfont, PA 18914-1352 |
| 520156095 | + | M. Farrukh Nizan, MD, LLC., 98 James Street, Suite 301, Edison, NJ 08820-3902 |
| 520156096 | | MEGHA, 1136 Cedar Avenue, Croydon, PA 19021 |
| 520156101 | + | National Convenience Distributors, 21 banfi Plaza, Farmingdale, NY 11735-1544 |
| 520319920 | + | Nishi Patel, 1 Saw Mill Drive, Somerset, NJ 08873-7362 |
| 520156102 | + | Npatel Cigar & Tobacco LLC, 50 Hulmeville Avenue, Langhorne, PA 19047-5169 |
| 520156104 | + | PA Department of Revenue, Po Box 280403, Harrisburg, PA 17128-0403 |
| 520156105 | + | Parin Shah, 83 Ellmyer Road, Edison, NJ 08820-2331 |
| 520156107 | + | Professional Account Managment, LLC., P.O Box 1153, Milwaukee, WI 53201-1153 |
| 520156109 | | Rajandra Patel, Fitzgerald Place, Old Bridge, NJ 08857 |
| 520319919 | + | Rakeshkumar Patel, 180 Ward Place, Piscataway, NJ 08854-2915 |
| 520156110 | + | Ray Catena Motor Car Corporation, 910 Route 1 North, Edison, NJ 08817-4848 |
| 520156113 | + | Resnick Distributors, 25 Van Dyka Avenue, New Brunswick, NJ 08901-3595 |
| 520212777 | + | Robert Yu, Esq., 560 Sylvan Avenue, Suite 1050, Englewood Cliffs, NJ 07632-3160 |
| 520156114 | + | RobertWood Johnson University Hospital New Br, P.O. Box 64437, Saint Paul, MN 55164-0437 |
| 520156115 | + | Saint Clare's Hospital, 66 Ford Road, Suite 201, Denville, NJ 07834-1300 |
| 520156117 | + | Srinivas Devarkonda, 301 Willow Way, Chester Springs, PA 19425-3635 |
| 520156119 | + | TAJ Distributions, 651 Winks Lane, Bensalem, PA 19020-5934 |
| 520156122 | + | Woori America Bank, U.S. Small Business Administration, 330 Fifth Avenue, 3rd Floor, New York, NY 10001-3101 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jul 02 2024 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |

| | | | | |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 02 2024 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 02 2024 20:43:01 | AIS Portfolio Services, LLC, Attn: Ally Capital De, 4515 N. Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Jul 02 2024 20:38:00 | TD Bank, N.A., c/o Saldutti Law Group, 1040 N. Kings Hwy., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520156068 | ^ | MEBN | Jul 02 2024 20:38:34 | ARM Solutions, Inc., P.O. Box 2929, Camarillo, CA 93011-2929 |
| 520156064 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 02 2024 20:54:21 | Affirm Inc, 633 Folsom St Fl 7, San Francisco, CA 94107-3618 |
| 520178890 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2024 20:54:05 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520156065 | ^ | MEBN | Jul 02 2024 20:38:46 | Alliance One Receivables Managment, Inc., 3043 Wallon Road, Suite 201, Plymouth Meeting, PA 19462-2389 |
| 520158824 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 02 2024 20:42:59 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520201704 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 02 2024 20:54:38 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520156066 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 02 2024 20:38:00 | Ally Financial, P. O Box 380902, Minneapolis, MN 55438-0902 |
| 520220423 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2024 20:54:07 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520319918 | | Email/Text: notices@bkservicing.com | Jul 02 2024 20:38:00 | Mercedes Benz Vehicle Trust, PO Box 131265, Saint Paul, MN 55113 |
| 520185417 | | Email/Text: notices@bkservicing.com | Jul 02 2024 20:38:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 520156070 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 02 2024 20:54:05 | Cap One, N.A., 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 520156074 | ^ | MEBN | Jul 02 2024 20:37:34 | Collection Bureau Of America, N.A., 25954 Eden Landing Rd, Hayward, CA 94545-3837 |
| 520156075 | + | Email/Text: correspondence@credit-control.com | Jul 02 2024 20:38:00 | Credi t Control, LLC, POBox 31179, Tampa, FL 33631-3179 |
| 520156076 | | Email/Text: mrdiscen@discover.com | Jul 02 2024 20:38:00 | Discover Bank, Po Box 15316, Wilmington, DE 19850 |
| 520160909 | | Email/Text: mrdiscen@discover.com | Jul 02 2024 20:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520156078 | ^ | MEBN | Jul 02 2024 20:38:06 | Financial Recoveries, PO Hox 1388, Mount Laurel, NJ 08054-7388 |
| 520156084 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jul 02 2024 20:39:00 | Harley Davidson, 4150 Technology Way, Carson City, NV 89706-2026 |
| 520156085 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jul 02 2024 20:39:00 | Harley Davidson, 4150 Technology Wy, Carson City, NV 89706-2026 |
| 520214801 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jul 02 2024 20:38:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 520156086 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 02 2024 20:38:00 | I.C. System, Inc, Po Box 64378, Saint Paul, MN |

| | | | | |
|---|---|---|---|---|
| | | | | 55164-0378 |
| 520156087 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 02 2024 20:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520156072 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 02 2024 20:42:57 | Chase, N.A., PO Box 15548, Wilmington, DE 19886 |
| 520156089 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 02 2024 20:54:17 | JP Morgan Chase, 201 N Walnut St, Wilmington, DE 19801 |
| 520156090 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 02 2024 20:54:22 | JP Morgan Chase, 301 N Walnut St, Floor 09, Wilmington, DE 19801 |
| 520184983 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 02 2024 20:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520177422 | + | Email/Text: RASEBN@raslg.com | Jul 02 2024 20:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520156093 | | Email/Text: govtaudits@labcorp.com | Jul 02 2024 20:38:00 | Laboratory Corporation of America, P.O Box 2240, Burlington, NC 27216 |
| 520156094 | + | Email/Text: NY-Bankruptcy@lgbs.com | Jul 02 2024 20:38:00 | Linebarger Goggan Blair & Sampson, LLP, 61 Broadway, Suite 2600, New York, NY 10006-2840 |
| 520156097 | + | Email/Text: M74banko@mercedes-benz.com | Jul 02 2024 20:38:00 | Mercedes Benz Financial, Po Box 685, Westlake, TX 76262-0685 |
| 520156098 | + | Email/Text: M74banko@mercedes-benz.com | Jul 02 2024 20:38:00 | Mercedes-Benz Financial Services, Po Box 685, Westlake, TX 76262-0685 |
| 520173269 | | Email/Text: notices@bkservicing.com | Jul 02 2024 20:38:00 | Mercedes-Benz Vehicle Trust successor in interest, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 520213582 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 02 2024 20:54:22 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520200885 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 02 2024 20:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520156099 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 02 2024 20:39:00 | Midland Credit Managment, 320 E Big Beaver Road, Suite 300, Troy, MI 48083-1271 |
| 520156100 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 02 2024 20:43:33 | Midland Mortgage, Pob 26648, Oklahoma City, OK 73126-0648 |
| 520156103 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 02 2024 20:39:00 | NYS Dept. Taxation & Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 520156108 | + | Email/Text: ngisupport@radiusgs.com | Jul 02 2024 20:38:00 | Radius Global Solutions, LLC., 7831 Glenroy Road, Sulte 250-A, Minneapolis, MN 55439-3132 |
| 520156111 | + | Email/Text: customerservice@rcservicesllc.org | Jul 02 2024 20:38:00 | Receivable Collection, 170 Jericho Tpke, Floral Park, NY 11001-2024 |
| 520156112 | + | Email/Text: customerservice@rcservicesllc.org | Jul 02 2024 20:38:00 | Receivable Collection Services, LLC., 170 Jericho Turnpike, Suite 204, Floral Park, NY 11001-2024 |
| 520156118 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 02 2024 20:38:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 520156116 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 02 2024 20:54:04 | Secretary of Housing and Urban Development, 451 Seventh Street, Washington, DC 20410-0002 |
| 520156120 | ^ | MEBN | Jul 02 2024 20:37:30 | TD Bank, N.A., Po Box 1448, Greenville, SC 29602-1448 |
| 520219858 | + | Email/Text: rmcdowell@slgcollect.com | | |

| | | | |
|---|---|---|---|
| | | Jul 02 2024 20:38:00 | TD Bank, N.A., c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520156121 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2024 20:43:07 | The Home Depot, Po Box 9714, Gray, TN 37615-9714 |
| 520156976 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 02 2024 20:54:04 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Mercedes-Benz Vehicle Trust successor in interest |
| 520156106 | | Premium Beverages Distributors, LLC |
| 520156165 | | Premium Beverages Distributors, LLC |
| cr | *P++ | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011, address filed with court:, Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 520156127 | *+ | ARM Solutions, Inc., P.O. Box 2929, Camarillo, CA 93011-2929 |
| 520156123 | *+ | Affirm Inc, 633 Folsom St Fl 7, San Francisco, CA 94107-3618 |
| 520156124 | *+ | Alliance One Receivables Managment, Inc., 3043 Wallon Road, Suite 201, Plymouth Meeting, PA 19462-2389 |
| 520158960 | *+ | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520156125 | *+ | Ally Financial, P. O Box 380902, Minneapolis, MN 55438-0902 |
| 520156126 | *+ | Archer & Greiner, P.C., 1211 Avenue of the Americas, Suite 2750, New York, NY 10036-8789 |
| 520220424 | * | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520156128 | *+ | Brunswick Urgent Care, PA, 3185 State Route 27, Franklin Park, NJ 08823-1313 |
| 520156132 | *+ | CM Ventures Holdings LLC, 630 First Avenue, 29H, New York, NY 10016-3782 |
| 520156129 | *+ | Cap One, N.A., 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 520156130 | *+ | Celentano, Stadtmauer & Walentowicz, LLP, 1035 Route 46 East, Suite 208, Clifton, NJ 07013-7481 |
| 520156133 | *+ | Collection Bureau Of America, N.A., 25954 Eden Landing Rd, Hayward, CA 94545-3837 |
| 520156134 | *+ | Credi t Control, LLC, POBox 31179, Tampa, FL 33631-3179 |
| 520156135 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, Po Box 15316, Wilmington, DE 19850 |
| 520156136 | *+ | Edison Metuchen Orthopedic Group, PA, 10 Parsonage Road, Suite 500, Edison, NJ 08837-2475 |
| 520156137 | *+ | Financial Recoveries, PO Hox 1388, Mount Laurel, NJ 08054-7388 |
| 520156138 | * | Financial Services, Inc., Pob 3415, Portland, OR 97208 |
| 520156139 | *+ | Gigna Patel, 21 Eagle Drive, Towaco, NJ 07082-1283 |
| 520156140 | *+ | Greenix, P.O Box 734929, Chicago, IL 60673-4929 |
| 520156141 | *+ | Hackensack Meridiam Health, 343 Thornall Street, Edison, NJ 08837-2209 |
| 520156142 | *+ | Hackensack Meridiam Health, PO Box 95000-7705, Philadelphia, PA 19195-0001 |
| 520156143 | *+ | Harley Davidson, 4150 Technology Way, Carson City, NV 89706-2026 |
| 520156144 | *+ | Harley Davidson, 4150 Technology Wy, Carson City, NV 89706-2026 |
| 520216574 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 520156145 | *+ | I.C. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 520156146 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520156147 | *P++ | JERSEY CENTRAL POWER AND LIGHT COMPANY, BUILDING 3, 331 NEWMAN SPRINGS ROAD, RED BANK NJ 07701-5688, address filed with court:, Jersey Central Power & Light, 300 Madison Avenue, Morristown, NJ 07960 |
| 520156131 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, N.A., PO Box 15548, Wilmington, DE 19886 |
| 520156148 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JP Morgan Chase, 201 N Walnut St, Wilmington, DE 19801 |
| 520156149 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JP Morgan Chase, 301 N Walnut St, Floor 09, Wilmington, DE 19801 |
| 520156150 | *+ | Kamal Patel, 8 Jona Road, Somerset, NJ 08873-2753 |
| 520156151 | *+ | Kunal Patel, 3036 Magdalene Drive, Chalfont, PA 18914-1352 |
| 520156152 | *P++ | LABORATORY CORPORATION OF AMERICA, ATTN GOVERNMENT AUDITS, PO BOX 2270, BURLINGTON NC 27216-2270, address filed with court:, Laboratory Corporation of America, P.O Box 2240, Burlington, NC 27216 |
| 520156153 | *+ | Linebarger Goggan Blair & Sampson, LLP, 61 Broadway, Suite 2600, New York, NY 10006-2840 |
| 520156154 | *+ | M. Farrukh Nizan, MD, LLC., 98 James Street, Suite 301, Edison, NJ 08820-3902 |
| 520156155 | * | MEGHA, 1136 Cedar Avenue, Croydon, PA 19021 |
| 520156156 | *+ | Mercedes Benz Financial, Po Box 685, Westlake, TX 76262-0685 |

| | | |
|---|---|---|
| 520156157 | *+ | Mercedes-Benz Financial Services, Po Box 685, Westlake, TX 76262-0685 |
| 520156158 | *+ | Midland Credit Managment, 320 E Big Beaver Road, Suite 300, Troy, MI 48083-1271 |
| 520156159 | *+ | Midland Mortgage, Pob 26648, Oklahoma City, OK 73126-0648 |
| 520156162 | *+ | NYS Dept. Taxation & Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 520156160 | *+ | National Convenience Distributors, 21 banfi Plaza, Farmingdale, NY 11735-1544 |
| 520156161 | *+ | Npatel Cigar & Tobacco LLC, 50 Hulmeville Avenue, Langhorne, PA 19047-5169 |
| 520156163 | *+ | PA Department of Revenue, Po Box 280403, Harrisburg, PA 17128-0403 |
| 520156164 | *+ | Parin Shah, 83 Ellmyer Road, Edison, NJ 08820-2331 |
| 520156166 | *+ | Professional Account Managment, LLC., P.O Box 1153, Milwaukee, WI 53201-1153 |
| 520156167 | *+ | Radius Global Solutions, LLC., 7831 Glenroy Road, Sulte 250-A, Minneapolis, MN 55439-3132 |
| 520156168 | * | Rajandra Patel, Fitzgerald Place, Old Bridge, NJ 08857 |
| 520156169 | *+ | Ray Catena Motor Car Corporation, 910 Route 1 North, Edison, NJ 08817-4848 |
| 520156170 | *+ | Receivable Collection, 170 Jericho Tpke, Floral Park, NY 11001-2024 |
| 520156171 | *+ | Receivable Collection Services, LLC., 170 Jericho Turnpike, Suite 204, Floral Park, NY 11001-2024 |
| 520156172 | *+ | Resnick Distributors, 25 Van Dyka Avenue, New Brunswick, NJ 08901-3595 |
| 520156173 | *+ | RobertWood Johnson University Hospital New Br, P.O. Box 64437, Saint Paul, MN 55164-0437 |
| 520156177 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 520156174 | *+ | Saint Clare's Hospital, 66 Ford Road, Suite 201, Denville, NJ 07834-1300 |
| 520156175 | *+ | Secretary of Housing and Urban Development, 451 Seventh Street, Washington, DC 20410-0002 |
| 520156176 | *+ | Srinivas Devarkonda, 301 Willow Way, Chester Springs, PA 19425-3635 |
| 520156178 | *+ | TAJ Distributions, 651 Winks Lane, Bensalem, PA 19020-5934 |
| 520156179 | *+ | TD Bank, N.A., Po Box 1448, Greenville, SC 29602-1448 |
| 520156180 | *+ | The Home Depot, Po Box 9714, Gray, TN 37615-9714 |
| 520156181 | *+ | Woori America Bank, U.S. Small Business Administration, 330 Fifth Avenue, 3rd Floor, New York, NY 10001-3101 |

TOTAL: 3 Undeliverable, 62 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jerrold S. Kulback | on behalf of Creditor CM Ventures Holdings LLC jkulback@archerlaw.com chansen@archerlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Paul Evangelista | on behalf of Joint Debtor Shital M. Patel pevangelista@scura.com pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com |
| Paul Evangelista | on behalf of Debtor Nimeshkum S. Patel pevangelista@scura.com pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com |

| | |
|---|---|
| Rebecca K. McDowell | on behalf of Creditor TD Bank N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| Robert H. Yu | on behalf of Creditor Woori America Bank Ryu@RobertYuLLC.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Mercedes-Benz Financial Services USA LLC wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9