Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  24−11166−RG
          Chapter:  13
          Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Nimeshkum S. Patel<br>aka Nimesh S Patel<br>1 Saw Mill Drive<br>Somerset, NJ 08873 | Shital M. Patel<br>aka Shital Bhatt<br>1 Saw Mill Drive<br>Somerset, NJ 08873 |

Social Security No.:
  xxx−xx−6172                            xxx−xx−9444

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 9, 2024.


Dated: August 9, 2024
JAN: slm

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-11166-RG |
| Nimeshkum S. Patel | Chapter 13 |
| Shital M. Patel | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Aug 09, 2024 | Form ID: plncf13 | Total Noticed: 83 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nimeshkum S. Patel, Shital M. Patel, 1 Saw Mill Drive, Somerset, NJ 08873-7362 |
| cr | + | Woori America Bank, 330 5th Avenue, New York, NY 10001-3101 |
| 520156067 | + | Archer & Greiner, P.C., 1211 Avenue of the Americas, Suite 2750, New York, NY 10036-8789 |
| 520156069 | + | Brunswick Urgent Care, PA, 3185 State Route 27, Franklin Park, NJ 08823-1313 |
| 520160645 | + | CM Ventures Holdings LLC, 260 W. 39th St. 301, New York, NY 10018-0376 |
| 520156073 | + | CM Ventures Holdings LLC, 630 First Avenue, 29H, New York, NY 10016-3782 |
| 520156071 | + | Celentano, Stadtmauer & Walentowicz, LLP, 1035 Route 46 East, Suite 208, Clifton, NJ 07013-7481 |
| 520156077 | + | Edison Metuchen Orthopedic Group, PA, 10 Parsonage Road, Suite 500, Edison, NJ 08837-2475 |
| 520156079 | | Financial Services, Inc., Pob 3415, Portland, OR 97208 |
| 520156080 | + | Gigna Patel, 21 Eagle Drive, Towaco, NJ 07082-1283 |
| 520156081 | + | Greenix, P.O Box 734929, Chicago, IL 60673-4929 |
| 520156082 | + | Hackensack Meridiam Health, 343 Thornall Street, Edison, NJ 08837-2209 |
| 520156083 | + | Hackensack Meridiam Health, PO Box 95000-7705, Philadelphia, PA 19195-0001 |
| 520156088 | ++ | JERSEY CENTRAL POWER AND LIGHT COMPANY, BUILDING 3, 331 NEWMAN SPRINGS ROAD, RED BANK NJ 07701-5688 address filed with court:, Jersey Central Power & Light, 300 Madison Avenue, Morristown, NJ 07960 |
| 520156091 | + | Kamal Patel, 8 Jona Road, Somerset, NJ 08873-2753 |
| 520156092 | + | Kunal Patel, 3036 Magdalene Drive, Chalfont, PA 18914-1352 |
| 520156095 | + | M. Farrukh Nizan, MD, LLC., 98 James Street, Suite 301, Edison, NJ 08820-3902 |
| 520156096 | | MEGHA, 1136 Cedar Avenue, Croydon, PA 19021 |
| 520156101 | + | National Convenience Distributors, 21 banfi Plaza, Farmingdale, NY 11735-1544 |
| 520319920 | + | Nishi Patel, 1 Saw Mill Drive, Somerset, NJ 08873-7362 |
| 520156102 | + | Npatel Cigar & Tobacco LLC, 50 Hulmeville Avenue, Langhorne, PA 19047-5169 |
| 520156104 | + | PA Department of Revenue, Po Box 280403, Harrisburg, PA 17128-0403 |
| 520156105 | + | Parin Shah, 83 Ellmyer Road, Edison, NJ 08820-2331 |
| 520156107 | + | Professional Account Managment, LLC., P.O Box 1153, Milwaukee, WI 53201-1153 |
| 520156109 | | Rajandra Patel, Fitzgerald Place, Old Bridge, NJ 08857 |
| 520319919 | + | Rakeshkumar Patel, 180 Ward Place, Piscataway, NJ 08854-2915 |
| 520156110 | + | Ray Catena Motor Car Corporation, 910 Route 1 North, Edison, NJ 08817-4848 |
| 520156113 | + | Resnick Distributors, 25 Van Dyka Avenue, New Brunswick, NJ 08901-3595 |
| 520212777 | + | Robert Yu, Esq., 560 Sylvan Avenue, Suite 1050, Englewood Cliffs, NJ 07632-3160 |
| 520156114 | + | RobertWood Johnson University Hospital New Br, P.O. Box 64437, Saint Paul, MN 55164-0437 |
| 520156115 | + | Saint Clare's Hospital, 66 Ford Road, Suite 201, Denville, NJ 07834-1300 |
| 520156117 | + | Srinivas Devarkonda, 301 Willow Way, Chester Springs, PA 19425-3635 |
| 520156119 | + | TAJ Distributions, 651 Winks Lane, Bensalem, PA 19020-5934 |
| 520156122 | + | Woori America Bank, U.S. Small Business Administration, 330 Fifth Avenue, 3rd Floor, New York, NY 10001-3101 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Aug 09 2024 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |

| | | | | |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 09 2024 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 09 2024 20:56:59 | AIS Portfolio Services, LLC, Attn: Ally Capital De, 4515 N. Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Aug 09 2024 20:44:00 | TD Bank, N.A., c/o Saldutti Law Group, 1040 N. Kings Hwy., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520156068 | ^ | MEBN | Aug 09 2024 20:40:05 | ARM Solutions, Inc., P.O. Box 2929, Camarillo, CA 93011-2929 |
| 520156064 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 09 2024 20:56:55 | Affirm Inc, 633 Folsom St Fl 7, San Francisco, CA 94107-3618 |
| 520178890 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 09 2024 20:54:17 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520156065 | ^ | MEBN | Aug 09 2024 20:40:28 | Alliance One Receivables Managment, Inc., 3043 Wallon Road, Suite 201, Plymouth Meeting, PA 19462-2389 |
| 520158824 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 09 2024 20:53:56 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520201704 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 09 2024 20:57:27 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520156066 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 09 2024 20:43:00 | Ally Financial, P. O Box 380902, Minneapolis, MN 55438-0902 |
| 520220423 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 09 2024 20:54:26 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520319918 | | Email/Text: notices@bkservicing.com | Aug 09 2024 20:44:00 | Mercedes Benz Vehicle Trust, PO Box 131265, Saint Paul, MN 55113 |
| 520185417 | | Email/Text: notices@bkservicing.com | Aug 09 2024 20:44:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 520156070 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 09 2024 20:56:10 | Cap One, N.A., 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 520156074 | ^ | MEBN | Aug 09 2024 20:39:07 | Collection Bureau Of America, N.A., 25954 Eden Landing Rd, Hayward, CA 94545-3837 |
| 520156075 | + | Email/Text: correspondence@credit-control.com | Aug 09 2024 20:44:00 | Credi t Control, LLC, POBox 31179, Tampa, FL 33631-3179 |
| 520156076 | | Email/Text: mrdiscen@discover.com | Aug 09 2024 20:43:00 | Discover Bank, Po Box 15316, Wilmington, DE 19850 |
| 520160909 | | Email/Text: mrdiscen@discover.com | Aug 09 2024 20:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520156078 | ^ | MEBN | Aug 09 2024 20:37:20 | Financial Recoveries, PO Hox 1388, Mount Laurel, NJ 08054-7388 |
| 520156084 | + | Email/Text: bankruptcy.notices@hdfsi.com | Aug 09 2024 20:45:00 | Harley Davidson, 4150 Technology Way, Carson City, NV 89706-2026 |
| 520156085 | + | Email/Text: bankruptcy.notices@hdfsi.com | Aug 09 2024 20:45:00 | Harley Davidson, 4150 Technology Wy, Carson City, NV 89706-2026 |
| 520214801 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Aug 09 2024 20:43:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 520156086 | + | Email/Text: Bankruptcy@ICSystem.com | Aug 09 2024 20:44:00 | I.C. System, Inc, Po Box 64378, Saint Paul, MN |

Case 24-11166-RG    Doc 51    Filed 08/11/24    Entered 08/12/24 00:14:14    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0312-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Aug 09, 2024 | Form ID: plncf13 | Total Noticed: 83 |

| | | | | |
|---|---|---|---|---|
| | | | | 55164-0378 |
| 520156087 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 09 2024 20:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520156072 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 09 2024 20:55:10 | Chase, N.A., PO Box 15548, Wilmington, DE 19886 |
| 520156089 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 09 2024 20:53:44 | JP Morgan Chase, 201 N Walnut St, Wilmington, DE 19801 |
| 520156090 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 09 2024 20:53:49 | JP Morgan Chase, 301 N Walnut St, Floor 09, Wilmington, DE 19801 |
| 520184983 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 09 2024 20:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520177422 | + | Email/Text: RASEBN@raslg.com | Aug 09 2024 20:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520156093 | | Email/Text: govtaudits@labcorp.com | Aug 09 2024 20:44:00 | Laboratory Corporation of America, P.O Box 2240, Burlington, NC 27216 |
| 520156094 | + | Email/Text: NY-Bankruptcy@lgbs.com | Aug 09 2024 20:44:00 | Linebarger Goggan Blair & Sampson, LLP, 61 Broadway, Suite 2600, New York, NY 10006-2840 |
| 520156097 | + | Email/Text: M74banko@mercedes-benz.com | Aug 09 2024 20:43:00 | Mercedes Benz Financial, Po Box 685, Westlake, TX 76262-0685 |
| 520156098 | + | Email/Text: M74banko@mercedes-benz.com | Aug 09 2024 20:43:00 | Mercedes-Benz Financial Services, Po Box 685, Westlake, TX 76262-0685 |
| 520173269 | | Email/Text: notices@bkservicing.com | Aug 09 2024 20:44:00 | Mercedes-Benz Vehicle Trust successor in interest, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 520213582 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 09 2024 20:58:03 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520200885 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 09 2024 20:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520156099 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 09 2024 20:45:00 | Midland Credit Managment, 320 E Big Beaver Road, Suite 300, Troy, MI 48083-1271 |
| 520156100 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 09 2024 20:55:10 | Midland Mortgage, Pob 26648, Oklahoma City, OK 73126-0648 |
| 520156103 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 09 2024 20:45:00 | NYS Dept. Taxation & Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 520156108 | + | Email/Text: ngisupport@radiusgs.com | Aug 09 2024 20:44:00 | Radius Global Solutions, LLC., 7831 Glenroy Road, Sulte 250-A, Minneapolis, MN 55439-3117 |
| 520156111 | + | Email/Text: customerservice@rcservicesllc.org | Aug 09 2024 20:44:00 | Receivable Collection, 170 Jericho Tpke, Floral Park, NY 11001-2024 |
| 520156112 | + | Email/Text: customerservice@rcservicesllc.org | Aug 09 2024 20:44:00 | Receivable Collection Services, LLC., 170 Jericho Turnpike, Suite 204, Floral Park, NY 11001-2024 |
| 520156118 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 09 2024 20:43:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 520156116 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 09 2024 20:55:54 | Secretary of Housing and Urban Development, 451 Seventh Street, Washington, DC 20410-0002 |
| 520156120 | ^ | MEBN | Aug 09 2024 20:39:01 | TD Bank, N.A., Po Box 1448, Greenville, SC 29602-1448 |
| 520219858 | + | Email/Text: rmcdowell@slgcollect.com | | |

Case 24-11166-RG    Doc 51    Filed 08/11/24    Entered 08/12/24 00:14:14    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Aug 09, 2024 | Form ID: plncf13 | Total Noticed: 83 |

|  |  |  | Aug 09 2024 20:44:00 | TD Bank, N.A., c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
|---|---|---|---|---|
| 520156121 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2024 20:54:36 | The Home Depot, Po Box 9714, Gray, TN 37615-9714 |
| 520156976 |  | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 09 2024 20:55:54 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Mercedes-Benz Vehicle Trust successor in interest |
| 520156106 |  | Premium Beverages Distributors, LLC |
| 520156165 |  | Premium Beverages Distributors, LLC |
| cr | *P++ | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011, address filed with court:, Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 520156127 | *+ | ARM Solutions, Inc., P.O. Box 2929, Camarillo, CA 93011-2929 |
| 520156123 | *+ | Affirm Inc, 633 Folsom St Fl 7, San Francisco, CA 94107-3618 |
| 520156124 | *+ | Alliance One Receivables Managment, Inc., 3043 Wallon Road, Suite 201, Plymouth Meeting, PA 19462-2389 |
| 520158960 | *+ | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520156125 | *+ | Ally Financial, P. O Box 380902, Minneapolis, MN 55438-0902 |
| 520156126 | *+ | Archer & Greiner, P.C., 1211 Avenue of the Americas, Suite 2750, New York, NY 10036-8789 |
| 520220424 | * | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520156128 | *+ | Brunswick Urgent Care, PA, 3185 State Route 27, Franklin Park, NJ 08823-1313 |
| 520156132 | *+ | CM Ventures Holdings LLC, 630 First Avenue, 29H, New York, NY 10016-3782 |
| 520156129 | *+ | Cap One, N.A., 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 520156130 | *+ | Celentano, Stadtmauer & Walentowicz, LLP, 1035 Route 46 East, Suite 208, Clifton, NJ 07013-7481 |
| 520156133 | *+ | Collection Bureau Of America, N.A., 25954 Eden Landing Rd, Hayward, CA 94545-3837 |
| 520156134 | *+ | Credi t Control, LLC, POBox 31179, Tampa, FL 33631-3179 |
| 520156135 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, Po Box 15316, Wilmington, DE 19850 |
| 520156136 | *+ | Edison Metuchen Orthopedic Group, PA, 10 Parsonage Road, Suite 500, Edison, NJ 08837-2475 |
| 520156137 | *+ | Financial Recoveries, PO Hox 1388, Mount Laurel, NJ 08054-7388 |
| 520156138 | * | Financial Services, Inc., Pob 3415, Portland, OR 97208 |
| 520156139 | *+ | Gigna Patel, 21 Eagle Drive, Towaco, NJ 07082-1283 |
| 520156140 | *+ | Greenix, P.O Box 734929, Chicago, IL 60673-4929 |
| 520156141 | *+ | Hackensack Meridiam Health, 343 Thornall Street, Edison, NJ 08837-2209 |
| 520156142 | *+ | Hackensack Meridiam Health, PO Box 95000-7705, Philadelphia, PA 19195-0001 |
| 520156143 | *+ | Harley Davidson, 4150 Technology Way, Carson City, NV 89706-2026 |
| 520156144 | *+ | Harley Davidson, 4150 Technology Wy, Carson City, NV 89706-2026 |
| 520216574 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 520156145 | *+ | I.C. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 520156146 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520156147 | *P++ | JERSEY CENTRAL POWER AND LIGHT COMPANY, BUILDING 3, 331 NEWMAN SPRINGS ROAD, RED BANK NJ 07701-5688, address filed with court:, Jersey Central Power & Light, 300 Madison Avenue, Morristown, NJ 07960 |
| 520156131 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, N.A., PO Box 15548, Wilmington, DE 19886 |
| 520156148 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JP Morgan Chase, 201 N Walnut St, Wilmington, DE 19801 |
| 520156149 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JP Morgan Chase, 301 N Walnut St, Floor 09, Wilmington, DE 19801 |
| 520156150 | *+ | Kamal Patel, 8 Jona Road, Somerset, NJ 08873-2753 |
| 520156151 | *+ | Kunal Patel, 3036 Magdalene Drive, Chalfont, PA 18914-1352 |
| 520156152 | *P++ | LABORATORY CORPORATION OF AMERICA, ATTN GOVERNMENT AUDITS, PO BOX 2270, BURLINGTON NC 27216-2270, address filed with court:, Laboratory Corporation of America, P.O Box 2240, Burlington, NC 27216 |
| 520156153 | *+ | Linebarger Goggan Blair & Sampson, LLP, 61 Broadway, Suite 2600, New York, NY 10006-2840 |
| 520156154 | *+ | M. Farrukh Nizan, MD, LLC., 98 James Street, Suite 301, Edison, NJ 08820-3902 |
| 520156155 | * | MEGHA, 1136 Cedar Avenue, Croydon, PA 19021 |
| 520156156 | *+ | Mercedes Benz Financial, Po Box 685, Westlake, TX 76262-0685 |

Case 24-11166-RG  Doc 51  Filed 08/11/24  Entered 08/12/24 00:14:14  Desc Imaged
Certificate of Notice  Page 6 of 7

| District/off: 0312-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Aug 09, 2024 | Form ID: plncf13 | Total Noticed: 83 |

| | | |
|---|---|---|
| 520156157 | *+ | Mercedes-Benz Financial Services, Po Box 685, Westlake, TX 76262-0685 |
| 520156158 | *+ | Midland Credit Managment, 320 E Big Beaver Road, Suite 300, Troy, MI 48083-1271 |
| 520156159 | *+ | Midland Mortgage, Pob 26648, Oklahoma City, OK 73126-0648 |
| 520156162 | *+ | NYS Dept. Taxation & Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 520156160 | *+ | National Convenience Distributors, 21 banfi Plaza, Farmingdale, NY 11735-1544 |
| 520156161 | *+ | Npatel Cigar & Tobacco LLC, 50 Hulmeville Avenue, Langhorne, PA 19047-5169 |
| 520156163 | *+ | PA Department of Revenue, Po Box 280403, Harrisburg, PA 17128-0403 |
| 520156164 | *+ | Parin Shah, 83 Ellmyer Road, Edison, NJ 08820-2331 |
| 520156166 | *+ | Professional Account Managment, LLC., P.O Box 1153, Milwaukee, WI 53201-1153 |
| 520156167 | *+ | Radius Global Solutions, LLC., 7831 Glenroy Road, Sulte 250-A, Minneapolis, MN 55439-3117 |
| 520156168 | * | Rajandra Patel, Fitzgerald Place, Old Bridge, NJ 08857 |
| 520156169 | *+ | Ray Catena Motor Car Corporation, 910 Route 1 North, Edison, NJ 08817-4848 |
| 520156170 | *+ | Receivable Collection, 170 Jericho Tpke, Floral Park, NY 11001-2024 |
| 520156171 | *+ | Receivable Collection Services, LLC., 170 Jericho Turnpike, Suite 204, Floral Park, NY 11001-2024 |
| 520156172 | *+ | Resnick Distributors, 25 Van Dyka Avenue, New Brunswick, NJ 08901-3595 |
| 520156173 | *+ | RobertWood Johnson University Hospital New Br, P.O. Box 64437, Saint Paul, MN 55164-0437 |
| 520156177 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 520156174 | *+ | Saint Clare's Hospital, 66 Ford Road, Suite 201, Denville, NJ 07834-1300 |
| 520156175 | *+ | Secretary of Housing and Urban Development, 451 Seventh Street, Washington, DC 20410-0002 |
| 520156176 | *+ | Srinivas Devarkonda, 301 Willow Way, Chester Springs, PA 19425-3635 |
| 520156178 | *+ | TAJ Distributions, 651 Winks Lane, Bensalem, PA 19020-5934 |
| 520156179 | *+ | TD Bank, N.A., Po Box 1448, Greenville, SC 29602-1448 |
| 520156180 | *+ | The Home Depot, Po Box 9714, Gray, TN 37615-9714 |
| 520156181 | *+ | Woori America Bank, U.S. Small Business Administration, 330 Fifth Avenue, 3rd Floor, New York, NY 10001-3101 |

TOTAL: 3 Undeliverable, 62 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2024                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2024 at the address(es) listed below:**

**Name**              **Email Address**

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jerrold S. Kulback
    on behalf of Creditor CM Ventures Holdings LLC jkulback@archerlaw.com  ahuber@archerlaw.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Paul Evangelista
    on behalf of Joint Debtor Shital M. Patel pevangelista@scura.com
    pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com

Paul Evangelista
    on behalf of Debtor Nimeshkum S. Patel pevangelista@scura.com
    pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@

scura.com;dwoody@scura.com

Rebecca K. McDowell
    on behalf of Creditor TD Bank N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com

Robert H. Yu
    on behalf of Creditor Woori America Bank Ryu@RobertYuLLC.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Mercedes-Benz Financial Services USA LLC wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 9