**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

| | | |
|---|---|---|
| Joseph D. Petrolino, Jr.<br>Staff Attorney<br><br>Brian M. Knapp<br>Staff Attorney | 30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br><br>Phone 973-227-2840<br>Fax 973-227-3272 | For Payments Only:<br><br>PO BOX 520<br>MEMPHIS, TN  38101-0520 |

August 14, 2024

Re: Standing Trustee's Notice of Distribution
    Case No: 24-11166

On August 09, 2024 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF AUGUST 14, 2024

#### Chapter 13 Case # 24-11166

Atty:  SCURA WIGFIELD HEYER & STEVEI

Re:  NIMESHKUM S. PATEL
SHITAL M. PATEL
1 SAW MILL DRIVE
SOMERSET, NJ  08873

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $242,000.00**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/15/2024 | $2,000.00 | | 04/01/2024 | $2,000.00 | |
| 04/30/2024 | $2,000.00 | | 06/04/2024 | $2,000.00 | |
| 07/02/2024 | $2,000.00 | | 08/01/2024 | $2,000.00 | |

**Total Receipts: $12,000.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $12,000.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 840.00 | |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ARM SOLUTIONS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AFFIRM INC | UNSECURED | 1,140.33 | * | 0.00 | |
| 0003 | ALLIANCE ONE RECEIVABLES MANAGM | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0006 | BRUNSWICK URGENT CARE, PA | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CM VENTURES HOLDING LLC | UNSECURED | 540,114.41 | * | 0.00 | |
| 0008 | CAP ONE, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | JPMORGAN CHASE BANK NA | UNSECURED | 7,943.80 | * | 0.00 | |
| 0011 | COLLECTION BUREAU OF AMERICA, N.A | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CREDI T CONTROL, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 2,935.49 | * | 0.00 | |
| 0014 | EDISON METUCHEN ORTHOPEDIC GROU | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | FINANCIAL RECOVERIES | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | FINANCIAL SERVICES, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | GIGNA PATEL | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | GREENIX | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | HACKENSACK MERIDIAM HEALTH | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | HARLEY DAVIDSON CREDIT CORP | UNSECURED | 0.00 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---|
| 0022 | HARLEY DAVIDSON CREDIT CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | I.C. SYSTEM, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | UNITED STATES TREASURY/IRS | PRIORITY | 25,410.02 | 100.00% | 0.00 | |
| 0025 | JPMORGAN CHASE BANK NA | UNSECURED | 8,180.22 | * | 0.00 | |
| 0026 | JPMORGAN CHASE BANK NA | UNSECURED | 2,632.48 | * | 0.00 | |
| 0027 | JERSEY CENTRAL POWER & LIGHT | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | KAMAL PATEL | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | KUNAL PATEL | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 782.98 | * | 0.00 | |
| 0031 | LINEBARGER GOGGAN BLAIR & SAMPSO | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | M. FARRUKH NIZAN, MD, LLC. | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | MEGHA | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | MERCEDES BENZ FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | MERCEDES-BENZ VEHICLE TRUST SUCC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0036 | MIDLAND CREDIT MANAGMENT | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | MIDFIRST BANK | (NEW) Prepetition A | 8,171.74 | 100.00% | 0.00 | |
| 0038 | NYS DEPT. TAXATION & FINANCE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0039 | NATIONAL CONVENIENCE DISTRIBUTOR | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | PA DEPARTMENT OF REVENUE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0042 | PARIN SHAH | UNSECURED | 50,000.00 | * | 0.00 | |
| 0044 | PROFESSIONAL ACCOUNT MANAGMENT | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | RADIUS GLOBAL SOLUTIONS, LLC. | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | RAJANDRA PATEL | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | RAY CATENA MOTOR CAR CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0048 | RECEIVABLE COLLECTION | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | RESNICK DISTRIBUTORS | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | SAINT CLARE'S HOSPITAL | SECURED | 0.00 | 100.00% | 0.00 | |
| 0053 | US DEPARTMENT OF HOUSING AND URB | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | |
| 0054 | SRINIVAS DEVARKONDA | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | TAJ DISTRIBUTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | TD BANK NA | UNSECURED | 14,219.30 | * | 0.00 | |
| 0058 | THE HOME DEPOT | UNSECURED | 0.00 | * | 0.00 | |
| 0060 | WOORI AMERICA BANK | (NEW) Prepetition A | 4,876.73 | 100.00% | 0.00 | |
| 0063 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 11,097.11 | * | 0.00 | |
| 0064 | SECRETARY OF HOUSING AND URBAN D | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | |
| 0065 | STATE OF NJ | PRIORITY | 7,288.12 | 100.00% | 0.00 | |
| 0066 | AFFIRM INC | UNSECURED | 0.00 | * | 0.00 | |
| 0067 | AFFIRM INC | UNSECURED | 0.00 | * | 0.00 | |
| 0068 | AFFIRM INC | UNSECURED | 0.00 | * | 0.00 | |
| 0069 | HACKENSACK MERIDIAM HEALTH | UNSECURED | 0.00 | * | 0.00 | |
| 0070 | JP MORGAN CHASE | UNSECURED | 0.00 | * | 0.00 | |
| 0071 | RECEIVABLE COLLECTION | UNSECURED | 0.00 | * | 0.00 | |
| 0072 | RECEIVABLE COLLECTION | UNSECURED | 0.00 | * | 0.00 | |
| 0073 | RECEIVABLE COLLECTION | UNSECURED | 0.00 | * | 0.00 | |
| 0074 | RECEIVABLE COLLECTION | UNSECURED | 0.00 | * | 0.00 | |
| 0075 | RECEIVABLE COLLECTION | UNSECURED | 0.00 | * | 0.00 | |
| 0076 | RECEIVABLE COLLECTION SERVICES, LL | UNSECURED | 0.00 | * | 0.00 | |
| 0077 | ROBERTWOOD JOHNSON UNIVERSITY H | UNSECURED | 0.00 | * | 0.00 | |
| 0078 | MERCEDES-BENZ VEHICLE TRUST SUCC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0079 | MERCEDES BENZ FINANANCIAL SERVIC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0080 | STATE OF NJ | UNSECURED | 933.23 | * | 0.00 | |
| 0081 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 261.52 | * | 0.00 | |
| 0082 | TD BANK NA | UNSECURED | 10,652.08 | * | 0.00 | |
| 0083 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 134.38 | * | 0.00 | |
| 0084 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 115.90 | * | 0.00 | |
| 0085 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 47.65 | * | 0.00 | |
| 0086 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 20.02 | * | 0.00 | |
| 0087 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 74.55 | * | 0.00 | |

**Chapter 13 Case # 24-11166**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0088 | MERCEDES BENZ FINANANCIAL SERVIC | UNSECURED | 6,390.57 | * | 0.00 | |
| 0089 | UNITED STATES TREASURY/IRS | UNSECURED | 8,088.18 | * | 0.00 | |

**Total Paid:  $840.00**
See Summary

## LIST OF PAYMENTS TO CLAIMS     (Please Read Across)

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: August 14, 2024.

Receipts: $12,000.00         -    Paid to Claims: $0.00         -    Admin Costs Paid: $840.00     =    Funds on Hand: $11,160.00

Base Plan Amount: $242,000.00         -    Receipts:  $12,000.00              =    Total Unpaid Balance: **$230,000.00

**\*\*NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.