UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: (973) 696-8391
Paul Evangelista, Esq.
pevangelista@scura.com
Counsel to Debtors

Order Filed on August 27, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Nimeshkum S. and Shital M. Patel,

　　　　　　　　　　　　Debtors.

Case No.: 24-11166

Chapter: 13

Judge: RG

Hg. Date: 8/21/2024

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

　The relief set forth on the following page is **ORDERED**.

**DATED: August 27, 2024**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $ __19,805.50__ for services rendered and expenses in the amount of $__1,189.11__ for a total of $__20,994.61__. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $__N/A__ per month for __N/A__ months to allow for payment of the above fee.

\* The amount to be paid through the Chapter 13 Plan is $15,994.61($20,994.61 less $3,500.00 retainer paid and $1,500.00 courtesy credit)\*

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-11166-RG
Nimeshkum S. Patel  Chapter 13
Shital M. Patel
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Aug 28, 2024  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2024:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Nimeshkum S. Patel, Shital M. Patel, 1 Saw Mill Drive, Somerset, NJ 08873-7362

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2024 at the address(es) listed below:

**Name**    **Email Address**

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jerrold S. Kulback
    on behalf of Creditor CM Ventures Holdings LLC jkulback@archerlaw.com  ahuber@archerlaw.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Paul Evangelista
    on behalf of Joint Debtor Shital M. Patel pevangelista@scura.com
    pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com

Paul Evangelista
    on behalf of Debtor Nimeshkum S. Patel pevangelista@scura.com

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 28, 2024 | Form ID: pdf903 | Total Noticed: 1 |

pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com

Rebecca K. McDowell
    on behalf of Creditor TD Bank  N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com

Robert H. Yu
    on behalf of Creditor Woori America Bank Ryu@RobertYuLLC.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Mercedes-Benz Financial Services USA LLC wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 9