UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
973-554-9801
Fax : 973-696-8571
Jamal J. Romero, Esq.
Email:jromero@scura.com
Counsel for Debtor.

| In Re: | Case No.: | 24-11166 |
| --- | --- | --- |
| Nimeshkum S. Patel and Shital M. Patel | Judge: | RG |
| Debtors. | Chapter: | 13 |

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by _____MIDFIRST BANK_____, creditor,

   A hearing has been scheduled for _____12/18/2024_____, at _10:00 AM_.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
Payment of $16,198.17 has been made. Documentation in support is attached. I am current with my mortgage payments through December.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 12/12/2024                                           /s/Nimeshkum S. Patel
                                                           Debtor's Signature

Date: 12/12/2024                                           /s/Shital M. Patel
                                                           Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

# $4,100⁰⁰

Posted on Tuesday, November 19, 2024

---

**Midland Mortgage**
Bill Payment



---

Appears on your statement as:
Bill payment to Midland Mortgage

---

Memo

██████████████████████

# $4,000.00

Posted on Friday, November 29, 2024

---

**Midland Mortgage** 
Bill Payment

---

Appears on your statement as:
Bill payment to Midland Mortgage

---

Memo



# $4,051.00

Posted on Wednesday, December 04, 2024

**Midland Mortgage**
Bill Payment



Appears on your statement as:
Bill payment to Midland Mortgage

Memo
███████████████

**Capital One Bank**

**CASHIER'S CHECK**    9106949035

DATE 12/11/2024

ISSUING REGION    BRANCH EDISON    BRANCH DID

FOUR THOUSAND FORTY SEVEN DOLLARS AND 17 CENTS

PAY TO THE ORDER OF   MIDFIRST BANK

$ 4,047.17

Drawer: Capital One, N.A.

AUTHORIZED SIGNATURE

Read the reverse side for important information on the reissuance of lost, destroyed, or stolen cashier's check
This check may not be replaced until after the 90th day of issue

RE:  Shital N Patel

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

---

**Capital One Bank**

**CASHIER'S CHECK**    9106949035

DATE 12/11/2024    FEE    $10.00

ISSUING REGION    BRANCH EDISON    BRANCH DID

FOUR THOUSAND FORTY SEVEN DOLLARS AND 17 CENTS

PAY TO THE ORDER OF:   MIDFIRST BANK

$ 4,047.17

CUSTOMER COPY

NON-NEGOTIABLE

This check may not be replaced until after the 90th day of issue

RE:  Shital N Patel