UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
973-554-9801
Fax : 973-696-8571
Jamal J. Romero, Esq.
Email:jromero@scura.com
Counsel for Debtor.

In Re:

Nimeshkum S. Patel and Shital M. Patel
　　　　　　　　　　　　　　　Debtors.

Case No.:　　24-11166
Chapter:　　13
Hearing Date:　　_____
Judge:　　RG

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled　　　☒ Withdrawn

Matter: Dkt.61- Certification in Opposition

Date: 12/12/2024

/s/ Jamal Romero, Esq.
Signature

*rev.8/1/15*