UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Nimeshkum S. Patel & Shital M. Patel,

Debtors.

Case No.: __24-11166-RG__

Chapter: __13__

Hearing Date: __12/18/2024__

Judge: __Gambardella__

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: __Motion for Relief re: 1 Saw Mill Drive, Somerset, NJ (Docket # 59)__

_____

Date: __12/13/2024__                    __/s/ Denise Carlon__
                                         Signature

*rev.8/1/15*