SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:  NIMESHKUM S. PATEL  
SHITAL M. PATEL  
1 SAW MILL DRIVE  
SOMERSET,  NJ  08873

Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP  
1599 HAMBURG TURNPIKE  
WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
#### Chapter 13 Case # 24-11166

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $242,000.00**

## RECEIPTS AS OF 01/01/2025                                               (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/15/2024 | $2,000.00 | | 04/01/2024 | $2,000.00 | |
| 04/30/2024 | $2,000.00 | | 06/04/2024 | $2,000.00 | |
| 07/02/2024 | $2,000.00 | | 08/01/2024 | $2,000.00 | |
| 08/19/2024 | $2,050.00 | | 09/13/2024 | $2,000.00 | |
| 09/20/2024 | $4,050.00 | | 10/24/2024 | $2,050.00 | |
| 11/05/2024 | $2,000.00 | | 12/04/2024 | $4,050.00 | |
| 12/27/2024 | $2,000.00 | | | | |

**Total Receipts: $30,200.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $30,200.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025                         (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MIDFIRST BANK | | | | | | |
| | 10/21/2024 | $1,791.35 | 935,120 | 11/18/2024 | $2,384.17 | 936,572 |
| | 12/16/2024 | $2,384.17 | 937,963 | | | |
| WOORI AMERICA BANK | | | | | | |
| | 10/21/2024 | $1,069.04 | 935,721 | 11/18/2024 | $1,422.83 | 937,121 |
| | 12/16/2024 | $1,422.83 | 938,540 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,974.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 15,994.61 | 100.00% | 15,994.61 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ARM SOLUTIONS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AFFIRM INC | UNSECURED | 1,140.33 | * | 0.00 | |
| 0003 | ALLIANCE ONE RECEIVABLES MANAGM | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 24-11166**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---|
| 0004 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0006 | BRUNSWICK URGENT CARE, PA | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CM VENTURES HOLDING LLC | UNSECURED | 540,114.41 | * | 0.00 | |
| 0008 | CAP ONE, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | JPMORGAN CHASE BANK NA | UNSECURED | 7,943.80 | * | 0.00 | |
| 0011 | COLLECTION BUREAU OF AMERICA, N.A | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CREDI T CONTROL, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 2,935.49 | * | 0.00 | |
| 0014 | EDISON METUCHEN ORTHOPEDIC GROU | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | FINANCIAL RECOVERIES | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | FINANCIAL SERVICES, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | GIGNA PATEL | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | GREENIX | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | HACKENSACK MERIDIAM HEALTH | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | HARLEY DAVIDSON CREDIT CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | HARLEY DAVIDSON CREDIT CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | I.C. SYSTEM, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | UNITED STATES TREASURY/IRS | PRIORITY | 27,218.97 | 100.00% | 539.47 | |
| 0025 | JPMORGAN CHASE BANK NA | UNSECURED | 8,180.22 | * | 0.00 | |
| 0026 | JPMORGAN CHASE BANK NA | UNSECURED | 2,632.48 | * | 0.00 | |
| 0027 | JERSEY CENTRAL POWER & LIGHT | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | KAMAL PATEL | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | KUNAL PATEL | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 782.98 | * | 0.00 | |
| 0031 | LINEBARGER GOGGAN BLAIR & SAMPSO | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | M. FARRUKH NIZAN, MD, LLC. | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | MEGHA | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | MERCEDES BENZ FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | MERCEDES-BENZ VEHICLE TRUST SUCC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0036 | MIDLAND CREDIT MANAGMENT | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | MIDFIRST BANK | (NEW) Prepetition / | 8,171.74 | 100.00% | 8,171.74 | |
| 0038 | NYS DEPT. TAXATION & FINANCE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0039 | NATIONAL CONVENIENCE DISTRIBUTOR | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | PA DEPARTMENT OF REVENUE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0042 | PARIN SHAH | UNSECURED | 50,000.00 | * | 0.00 | |
| 0044 | PROFESSIONAL ACCOUNT MANAGMENT | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | RADIUS GLOBAL SOLUTIONS, LLC. | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | RAJANDRA PATEL | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | RAY CATENA MOTOR CAR CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0048 | RECEIVABLE COLLECTION | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | RESNICK DISTRIBUTORS | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | SAINT CLARE'S HOSPITAL | SECURED | 0.00 | 100.00% | 0.00 | |
| 0053 | US DEPARTMENT OF HOUSING AND URB | (NEW) Prepetition / | 0.00 | 100.00% | 0.00 | |
| 0054 | SRINIVAS DEVARKONDA | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | TAJ DISTRIBUTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | TD BANK NA | UNSECURED | 14,219.30 | * | 0.00 | |
| 0058 | THE HOME DEPOT | UNSECURED | 0.00 | * | 0.00 | |
| 0060 | WOORI AMERICA BANK | (NEW) Prepetition / | 4,876.73 | 100.00% | 4,876.73 | |
| 0063 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 11,097.11 | * | 0.00 | |
| 0064 | SECRETARY OF HOUSING AND URBAN D | (NEW) Prepetition / | 0.00 | 100.00% | 0.00 | |
| 0065 | STATE OF NJ | PRIORITY | 7,288.12 | 100.00% | 144.45 | |
| 0066 | AFFIRM INC | UNSECURED | 0.00 | * | 0.00 | |
| 0067 | AFFIRM INC | UNSECURED | 0.00 | * | 0.00 | |
| 0068 | AFFIRM INC | UNSECURED | 0.00 | * | 0.00 | |
| 0069 | HACKENSACK MERIDIAM HEALTH | UNSECURED | 0.00 | * | 0.00 | |
| 0070 | JP MORGAN CHASE | UNSECURED | 0.00 | * | 0.00 | |
| 0071 | RECEIVABLE COLLECTION | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 24-11166**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0072 | RECEIVABLE COLLECTION | UNSECURED | 0.00 | * | 0.00 | |
| 0073 | RECEIVABLE COLLECTION | UNSECURED | 0.00 | * | 0.00 | |
| 0074 | RECEIVABLE COLLECTION | UNSECURED | 0.00 | * | 0.00 | |
| 0075 | RECEIVABLE COLLECTION | UNSECURED | 0.00 | * | 0.00 | |
| 0076 | RECEIVABLE COLLECTION SERVICES, LL | UNSECURED | 0.00 | * | 0.00 | |
| 0077 | ROBERTWOOD JOHNSON UNIVERSITY H | UNSECURED | 0.00 | * | 0.00 | |
| 0078 | MERCEDES-BENZ VEHICLE TRUST SUCC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0079 | MERCEDES BENZ FINANANCIAL SERVIC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0080 | STATE OF NJ | UNSECURED | 933.23 | * | 0.00 | |
| 0081 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 261.52 | * | 0.00 | |
| 0082 | TD BANK NA | UNSECURED | 10,652.08 | * | 0.00 | |
| 0083 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 134.38 | * | 0.00 | |
| 0084 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 115.90 | * | 0.00 | |
| 0085 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 47.65 | * | 0.00 | |
| 0086 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 20.02 | * | 0.00 | |
| 0087 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 74.55 | * | 0.00 | |
| 0088 | MERCEDES BENZ FINANANCIAL SERVIC | UNSECURED | 6,390.57 | * | 0.00 | |
| 0089 | UNITED STATES TREASURY/IRS | UNSECURED | 8,022.40 | * | 0.00 | |
| 0090 | MIDFIRST BANK | (NEW) MTG Agree | 549.00 | 100.00% | 549.00 | |

**Total Paid: $32,250.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $30,200.00    -    Paid to Claims: $14,281.39    -    Admin Costs Paid: $17,968.61  =   Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.