Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−11166−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Nimeshkum S. Patel
aka Nimesh S Patel
1 Saw Mill Drive
Somerset, NJ 08873

Shital M. Patel
aka Shital Bhatt
1 Saw Mill Drive
Somerset, NJ 08873

Social Security No.:
xxx−xx−6172                                         xxx−xx−9444

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:       3/5/25
Time:       10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Scura, Wigfield, Heyer & Stevens

COMMISSION OR FEES
$3,253.50

EXPENSES
$7.53

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 31, 2025
JAN:

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Nimeshkum S. Patel  
Shital M. Patel  
    Debtors

Case No. 24-11166-RG  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 6 |
|---|---|---|
| Date Rcvd: Jan 31, 2025 | Form ID: 137 | Total Noticed: 83 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nimeshkum S. Patel, Shital M. Patel, 1 Saw Mill Drive, Somerset, NJ 08873-7362 |
| cr | + | Woori America Bank, 330 5th Avenue, New York, NY 10001-3101 |
| 520156067 | + | Archer & Greiner, P.C., 1211 Avenue of the Americas, Suite 2750, New York, NY 10036-8789 |
| 520156069 | + | Brunswick Urgent Care, PA, 3185 State Route 27, Franklin Park, NJ 08823-1313 |
| 520160645 | + | CM Ventures Holdings LLC, 260 W. 39th St. 301, New York, NY 10018-0376 |
| 520156073 | + | CM Ventures Holdings LLC, 630 First Avenue, 29H, New York, NY 10016-3782 |
| 520156071 | + | Celentano, Stadtmauer & Walentowicz, LLP, 1035 Route 46 East, Suite 208, Clifton, NJ 07013-7481 |
| 520156077 | + | Edison Metuchen Orthopedic Group, PA, 10 Parsonage Road, Suite 500, Edison, NJ 08837-2475 |
| 520156079 | | Financial Services, Inc., Pob 3415, Portland, OR 97208 |
| 520156080 | + | Gigna Patel, 21 Eagle Drive, Towaco, NJ 07082-1283 |
| 520156081 | + | Greenix, P.O Box 734929, Chicago, IL 60673-4929 |
| 520156082 | + | Hackensack Meridiam Health, 343 Thornall Street, Edison, NJ 08837-2209 |
| 520156083 | + | Hackensack Meridiam Health, PO Box 95000-7705, Philadelphia, PA 19195-0001 |
| 520156088 | ++ | JERSEY CENTRAL POWER AND LIGHT COMPANY, BUILDING 3, 331 NEWMAN SPRINGS ROAD, RED BANK NJ 07701-5688 address filed with court:, Jersey Central Power & Light, 300 Madison Avenue, Morristown, NJ 07960 |
| 520156091 | + | Kamal Patel, 8 Jona Road, Somerset, NJ 08873-2753 |
| 520156092 | + | Kunal Patel, 3036 Magdalene Drive, Chalfont, PA 18914-1352 |
| 520156095 | + | M. Farrukh Nizan, MD, LLC., 98 James Street, Suite 301, Edison, NJ 08820-3902 |
| 520156096 | | MEGHA, 1136 Cedar Avenue, Croydon, PA 19021 |
| 520156101 | + | National Convenience Distributors, 21 banfi Plaza, Farmingdale, NY 11735-1544 |
| 520319920 | + | Nishi Patel, 1 Saw Mill Drive, Somerset, NJ 08873-7362 |
| 520156102 | + | Npatel Cigar & Tobacco LLC, 50 Hulmeville Avenue, Langhorne, PA 19047-5169 |
| 520156104 | + | PA Department of Revenue, Po Box 280403, Harrisburg, PA 17128-0403 |
| 520156105 | + | Parin Shah, 83 Ellmyer Road, Edison, NJ 08820-2331 |
| 520156107 | + | Professional Account Managment, LLC., P.O Box 1153, Milwaukee, WI 53201-1153 |
| 520156109 | | Rajandra Patel, Fitzgerald Place, Old Bridge, NJ 08857 |
| 520319919 | + | Rakeshkumar Patel, 180 Ward Place, Piscataway, NJ 08854-2915 |
| 520156110 | + | Ray Catena Motor Car Corporation, 910 Route 1 North, Edison, NJ 08817-4848 |
| 520156113 | + | Resnick Distributors, 25 Van Dyka Avenue, New Brunswick, NJ 08901-3595 |
| 520212777 | + | Robert Yu, Esq., 560 Sylvan Avenue, Suite 1050, Englewood Cliffs, NJ 07632-3160 |
| 520156114 | + | RobertWood Johnson University Hospital New Br, P.O. Box 64437, Saint Paul, MN 55164-0437 |
| 520156115 | + | Saint Clare's Hospital, 66 Ford Road, Suite 201, Denville, NJ 07834-1300 |
| 520156117 | + | Srinivas Devarkonda, 301 Willow Way, Chester Springs, PA 19425-3635 |
| 520156119 | + | TAJ Distributions, 651 Winks Lane, Bensalem, PA 19020-5934 |
| 520156122 | + | Woori America Bank, U.S. Small Business Administration, 330 Fifth Avenue, 3rd Floor, New York, NY 10001-3101 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jan 31 2025 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |

Case 24-11166-RG    Doc 68    Filed 02/02/25    Entered 02/03/25 00:13:21    Desc Imaged
                              Certificate of Notice    Page 4 of 8

| District/off: 0312-2 | User: admin | Page 2 of 6 |
| --- | --- | --- |
| Date Rcvd: Jan 31, 2025 | Form ID: 137 | Total Noticed: 83 |

| | | | | |
| --- | --- | --- | --- | --- |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 31 2025 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2025 21:13:51 | AIS Portfolio Services, LLC, Attn: Ally Capital De, 4515 N. Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Jan 31 2025 20:57:00 | TD Bank, N.A., c/o Saldutti Law Group, 1040 N. Kings Hwy., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520156068 | ^ | MEBN | Jan 31 2025 20:51:53 | ARM Solutions, Inc., P.O. Box 2929, Camarillo, CA 93011-2929 |
| 520156064 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 31 2025 20:59:59 | Affirm Inc, 633 Folsom St Fl 7, San Francisco, CA 94107-3618 |
| 520178890 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2025 20:59:47 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520156065 | ^ | MEBN | Jan 31 2025 20:52:12 | Alliance One Receivables Managment, Inc., 3043 Wallon Road, Suite 201, Plymouth Meeting, PA 19462-2389 |
| 520158824 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2025 21:13:34 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520201704 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2025 21:13:33 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520156066 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 31 2025 20:56:00 | Ally Financial, P. O Box 380902, Minneapolis, MN 55438-0902 |
| 520220423 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2025 21:01:13 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520319918 | | Email/Text: notices@bkservicing.com | Jan 31 2025 20:57:00 | Mercedes Benz Vehicle Trust, PO Box 131265, Saint Paul, MN 55113 |
| 520185417 | | Email/Text: notices@bkservicing.com | Jan 31 2025 20:57:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 520156070 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2025 21:00:36 | Cap One, N.A., 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 520156074 | ^ | MEBN | Jan 31 2025 20:51:10 | Collection Bureau Of America, N.A., 25954 Eden Landing Rd, Hayward, CA 94545-3837 |
| 520156075 | + | Email/Text: correspondence@credit-control.com | Jan 31 2025 20:57:00 | Credi t Control, LLC, POBox 31179, Tampa, FL 33631-3179 |
| 520156076 | | Email/Text: mrdiscen@discover.com | Jan 31 2025 20:56:00 | Discover Bank, Po Box 15316, Wilmington, DE 19850 |
| 520160909 | | Email/Text: mrdiscen@discover.com | Jan 31 2025 20:56:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520156078 | ^ | MEBN | Jan 31 2025 20:51:43 | Financial Recoveries, PO Hox 1388, Mount Laurel, NJ 08054-7388 |
| 520156084 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jan 31 2025 20:58:00 | Harley Davidson, 4150 Technology Way, Carson City, NV 89706-2026 |
| 520156085 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jan 31 2025 20:58:00 | Harley Davidson, 4150 Technology Wy, Carson City, NV 89706-2026 |
| 520214801 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jan 31 2025 20:57:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 520156086 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 31 2025 20:57:00 | I.C. System, Inc, Po Box 64378, Saint Paul, MN |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 55164-0378 |
| 520156087 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 31 2025 20:57:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520156072 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 31 2025 20:59:36 | Chase, N.A., PO Box 15548, Wilmington, DE 19886 |
| 520156089 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 31 2025 21:39:01 | JP Morgan Chase, 201 N Walnut St, Wilmington, DE 19801 |
| 520156090 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 31 2025 21:00:37 | JP Morgan Chase, 301 N Walnut St, Floor 09, Wilmington, DE 19801 |
| 520184983 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 31 2025 20:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520177422 | + | Email/Text: RASEBN@raslg.com | Jan 31 2025 20:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520156093 | | Email/Text: govtaudits@labcorp.com | Jan 31 2025 20:57:00 | Laboratory Corporation of America, P.O Box 2240, Burlington, NC 27216 |
| 520156094 | + | Email/Text: NY-Bankruptcy@lgbs.com | Jan 31 2025 20:58:00 | Linebarger Goggan Blair & Sampson, LLP, 61 Broadway, Suite 2600, New York, NY 10006-2840 |
| 520156097 | + | Email/Text: M74banko@mercedes-benz.com | Jan 31 2025 20:56:00 | Mercedes Benz Financial, Po Box 685, Westlake, TX 76262-0685 |
| 520156098 | + | Email/Text: M74banko@mercedes-benz.com | Jan 31 2025 20:56:00 | Mercedes-Benz Financial Services, Po Box 685, Westlake, TX 76262-0685 |
| 520173269 | | Email/Text: notices@bkservicing.com | Jan 31 2025 20:57:00 | Mercedes-Benz Vehicle Trust successor in interest, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 520213582 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 31 2025 21:00:33 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520200885 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 31 2025 20:58:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520156099 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 31 2025 20:58:00 | Midland Credit Managment, 320 E Big Beaver Road, Suite 300, Troy, MI 48083-1271 |
| 520156100 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 31 2025 21:00:00 | Midland Mortgage, Pob 26648, Oklahoma City, OK 73126-0648 |
| 520156103 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jan 31 2025 20:58:00 | NYS Dept. Taxation & Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 520156108 | + | Email/Text: ngisupport@radiusgs.com | Jan 31 2025 20:57:00 | Radius Global Solutions, LLC., 7831 Glenroy Road, Sulte 250-A, Minneapolis, MN 55439-3117 |
| 520156111 | + | Email/Text: customerservice@rcservicesllc.org | Jan 31 2025 20:58:00 | Receivable Collection, 170 Jericho Tpke, Floral Park, NY 11001-2024 |
| 520156112 | + | Email/Text: customerservice@rcservicesllc.org | Jan 31 2025 20:58:00 | Receivable Collection Services, LLC., 170 Jericho Turnpike, Suite 204, Floral Park, NY 11001-2024 |
| 520156118 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 31 2025 20:57:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 520156116 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 31 2025 22:28:44 | Secretary of Housing and Urban Development, 451 Seventh Street, Washington, DC 20410-0002 |
| 520156120 | + | Email/Text: bankruptcy@td.com | Jan 31 2025 20:58:00 | TD Bank, N.A., Po Box 1448, Greenville, SC 29602-1448 |
| 520219858 | + | Email/Text: rmcdowell@slgcollect.com | | |

Case 24-11166-RG   Doc 68   Filed 02/02/25   Entered 02/03/25 00:13:21   Desc Imaged
                            Certificate of Notice    Page 6 of 8

| District/off: 0312-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Jan 31, 2025 | Form ID: 137 | Total Noticed: 83 |

|  |  |  | Jan 31 2025 20:57:00 | TD Bank, N.A., c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
|---|---|---|---|---|
| 520156121 |  | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2025 21:50:19 | The Home Depot, Po Box 9714, Gray, TN 37615-9714 |
| 520156976 |  | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 31 2025 22:28:44 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 49

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Mercedes-Benz Vehicle Trust successor in interest |
| 520156106 |  | Premium Beverages Distributors, LLC |
| 520156165 |  | Premium Beverages Distributors, LLC |
| cr | *P++ | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011, address filed with court:, Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 520156127 | *+ | ARM Solutions, Inc., P.O. Box 2929, Camarillo, CA 93011-2929 |
| 520156123 | *+ | Affirm Inc, 633 Folsom St Fl 7, San Francisco, CA 94107-3618 |
| 520156124 | *+ | Alliance One Receivables Managment, Inc., 3043 Wallon Road, Suite 201, Plymouth Meeting, PA 19462-2389 |
| 520158960 | *+ | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520156125 | *+ | Ally Financial, P. O Box 380902, Minneapolis, MN 55438-0902 |
| 520156126 | *+ | Archer & Greiner, P.C., 1211 Avenue of the Americas, Suite 2750, New York, NY 10036-8789 |
| 520220424 | * | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520156128 | *+ | Brunswick Urgent Care, PA, 3185 State Route 27, Franklin Park, NJ 08823-1313 |
| 520156132 | *+ | CM Ventures Holdings LLC, 630 First Avenue, 29H, New York, NY 10016-3782 |
| 520156129 | *+ | Cap One, N.A., 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 520156130 | *+ | Celentano, Stadtmauer & Walentowicz, LLP, 1035 Route 46 East, Suite 208, Clifton, NJ 07013-7481 |
| 520156133 | *+ | Collection Bureau Of America, N.A., 25954 Eden Landing Rd, Hayward, CA 94545-3837 |
| 520156134 | *+ | Credi t Control, LLC, POBox 31179, Tampa, FL 33631-3179 |
| 520156135 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, Po Box 15316, Wilmington, DE 19850 |
| 520156136 | *+ | Edison Metuchen Orthopedic Group, PA, 10 Parsonage Road, Suite 500, Edison, NJ 08837-2475 |
| 520156137 | *+ | Financial Recoveries, PO Hox 1388, Mount Laurel, NJ 08054-7388 |
| 520156138 | * | Financial Services, Inc., Pob 3415, Portland, OR 97208 |
| 520156139 | *+ | Gigna Patel, 21 Eagle Drive, Towaco, NJ 07082-1283 |
| 520156140 | *+ | Greenix, P.O Box 734929, Chicago, IL 60673-4929 |
| 520156141 | *+ | Hackensack Meridiam Health, 343 Thornall Street, Edison, NJ 08837-2209 |
| 520156142 | *+ | Hackensack Meridiam Health, PO Box 95000-7705, Philadelphia, PA 19195-0001 |
| 520156143 | *+ | Harley Davidson, 4150 Technology Way, Carson City, NV 89706-2026 |
| 520156144 | *+ | Harley Davidson, 4150 Technology Wy, Carson City, NV 89706-2026 |
| 520216574 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 520156145 | *+ | I.C. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 520156146 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520156147 | *P++ | JERSEY CENTRAL POWER AND LIGHT COMPANY, BUILDING 3, 331 NEWMAN SPRINGS ROAD, RED BANK NJ 07701-5688, address filed with court:, Jersey Central Power & Light, 300 Madison Avenue, Morristown, NJ 07960 |
| 520156131 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, N.A., Po Box 15548, Wilmington, DE 19886 |
| 520156148 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JP Morgan Chase, 201 N Walnut St, Wilmington, DE 19801 |
| 520156149 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JP Morgan Chase, 301 N Walnut St, Floor 09, Wilmington, DE 19801 |
| 520156150 | *+ | Kamal Patel, 8 Jona Road, Somerset, NJ 08873-2753 |
| 520156151 | *+ | Kunal Patel, 3036 Magdalene Drive, Chalfont, PA 18914-1352 |
| 520156152 | *P++ | LABORATORY CORPORATION OF AMERICA, ATTN GOVERNMENT AUDITS, PO BOX 2270, BURLINGTON NC 27216-2270, address filed with court:, Laboratory Corporation of America, P.O Box 2240, Burlington, NC 27216 |
| 520156153 | *+ | Linebarger Goggan Blair & Sampson, LLP, 61 Broadway, Suite 2600, New York, NY 10006-2840 |
| 520156154 | *+ | M. Farrukh Nizan, MD, LLC., 98 James Street, Suite 301, Edison, NJ 08820-3902 |
| 520156155 | * | MEGHA, 1136 Cedar Avenue, Croydon, PA 19021 |
| 520156156 | *+ | Mercedes Benz Financial, Po Box 685, Westlake, TX 76262-0685 |

Case 24-11166-RG    Doc 68    Filed 02/02/25    Entered 02/03/25 00:13:21    Desc Imaged
Certificate of Notice    Page 7 of 8

| District/off: 0312-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Jan 31, 2025 | Form ID: 137 | Total Noticed: 83 |

| | | |
|---|---|---|
| 520156157 | *+ | Mercedes-Benz Financial Services, Po Box 685, Westlake, TX 76262-0685 |
| 520156158 | *+ | Midland Credit Managment, 320 E Big Beaver Road, Suite 300, Troy, MI 48083-1271 |
| 520156159 | *+ | Midland Mortgage, Pob 26648, Oklahoma City, OK 73126-0648 |
| 520156162 | *+ | NYS Dept. Taxation & Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 520156160 | *+ | National Convenience Distributors, 21 banfi Plaza, Farmingdale, NY 11735-1544 |
| 520156161 | *+ | Npatel Cigar & Tobacco LLC, 50 Hulmeville Avenue, Langhorne, PA 19047-5169 |
| 520156163 | *+ | PA Department of Revenue, Po Box 280403, Harrisburg, PA 17128-0403 |
| 520156164 | *+ | Parin Shah, 83 Ellmyer Road, Edison, NJ 08820-2331 |
| 520156166 | *+ | Professional Account Managment, LLC., P.O Box 1153, Milwaukee, WI 53201-1153 |
| 520156167 | *+ | Radius Global Solutions, LLC., 7831 Glenroy Road, Sulte 250-A, Minneapolis, MN 55439-3117 |
| 520156168 | * | Rajandra Patel, Fitzgerald Place, Old Bridge, NJ 08857 |
| 520156169 | *+ | Ray Catena Motor Car Corporation, 910 Route 1 North, Edison, NJ 08817-4848 |
| 520156170 | *+ | Receivable Collection, 170 Jericho Tpke, Floral Park, NY 11001-2024 |
| 520156171 | *+ | Receivable Collection Services, LLC., 170 Jericho Turnpike, Suite 204, Floral Park, NY 11001-2024 |
| 520156172 | *+ | Resnick Distributors, 25 Van Dyka Avenue, New Brunswick, NJ 08901-3595 |
| 520156173 | *+ | RobertWood Johnson University Hospital New Br, P.O. Box 64437, Saint Paul, MN 55164-0437 |
| 520156177 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 520156174 | *+ | Saint Clare's Hospital, 66 Ford Road, Suite 201, Denville, NJ 07834-1300 |
| 520156175 | *+ | Secretary of Housing and Urban Development, 451 Seventh Street, Washington, DC 20410-0002 |
| 520156176 | *+ | Srinivas Devarkonda, 301 Willow Way, Chester Springs, PA 19425-3635 |
| 520156178 | *+ | TAJ Distributions, 651 Winks Lane, Bensalem, PA 19020-5934 |
| 520156179 | *+ | TD Bank, N.A., Po Box 1448, Greenville, SC 29602-1448 |
| 520156180 | *+ | The Home Depot, Po Box 9714, Gray, TN 37615-9714 |
| 520156181 | *+ | Woori America Bank, U.S. Small Business Administration, 330 Fifth Avenue, 3rd Floor, New York, NY 10001-3101 |

TOTAL: 3 Undeliverable, 62 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2025              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2025 at the address(es) listed below:**

**Name**                **Email Address**

David L. Stevens
   on behalf of Joint Debtor Shital M. Patel dstevens@scura.com
   dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;wjames@scura

David L. Stevens
   on behalf of Debtor Nimeshkum S. Patel dstevens@scura.com
   dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;wjames@scura

Denise E. Carlon
   on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jamal J Romero
   on behalf of Joint Debtor Shital M. Patel jromero@scura.com
   dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com

| | |
|---|---|
| Jamal J Romero | on behalf of Debtor Nimeshkum S. Patel jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com |
| Jerrold S. Kulback | on behalf of Creditor CM Ventures Holdings LLC jkulback@archerlaw.com  ahuber@archerlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Paul Evangelista | on behalf of Joint Debtor Shital M. Patel pevangelista@scura.com pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com |
| Paul Evangelista | on behalf of Debtor Nimeshkum S. Patel pevangelista@scura.com pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com |
| Rebecca K. McDowell | on behalf of Creditor TD Bank  N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| Robert H. Yu | on behalf of Creditor Woori America Bank Ryu@RobertYuLLC.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Mercedes-Benz Financial Services USA LLC wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 13