UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, NJ 07470
973-696-8391
David L. Stevens, Esq.
dstevens@scura.com
Attorney for Debtor

Order Filed on March 7, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Nimeshkum S. Patel and Shital M. Patel,

Debtors.

Case No.: 24-11166

Chapter: 13

Judge: RG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 7, 2025**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $ _____3,253.50_____ for services rendered and expenses in the amount of $_____7.53_____ for a total of $_____3,261.03_____ . The allowance is payable:

    ☒  through the Chapter 13 plan as an administrative priority.

    ☐  outside the plan.

The Debtor has paid $36,300.00 in the first 11 months of the plan and will pay $5,000.00 for the month of February 2025. The debtor's monthly plan is modified to require a payment of $ 4,125.41 per month for 32 months commencing March 2025 and $4,575.41 per month for 16 months commencing November 2027 to allow for payment of the above fee.

*rev.8/1/15*