SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:  NIMESHKUM S. PATEL
SHITAL M. PATEL
1 SAW MILL DRIVE
SOMERSET,  NJ  08873

Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
#### Chapter 13 Case # 24-11166

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $246,519.68**

## RECEIPTS AS OF 01/15/2026    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/15/2024 | $2,000.00 | | 04/01/2024 | $2,000.00 | |
| 04/30/2024 | $2,000.00 | | 06/04/2024 | $2,000.00 | |
| 07/02/2024 | $2,000.00 | | 08/01/2024 | $2,000.00 | |
| 08/19/2024 | $2,050.00 | | 09/13/2024 | $2,000.00 | |
| 09/20/2024 | $4,050.00 | | 10/24/2024 | $2,050.00 | |
| 11/05/2024 | $2,000.00 | | 12/04/2024 | $4,050.00 | |
| 12/27/2024 | $2,000.00 | | 01/02/2025 | $2,050.00 | |
| 01/29/2025 | $4,050.00 | | 02/28/2025 | $4,050.00 | |
| 04/01/2025 | $4,050.00 | | 04/29/2025 | $4,125.41 | |
| 06/04/2025 | $4,125.41 | | 07/08/2025 | $4,125.41 | |
| 07/31/2025 | $4,125.41 | | 09/04/2025 | $4,125.41 | |
| 10/07/2025 | $4,125.41 | | 11/04/2025 | $4,125.41 | |
| 12/03/2025 | $4,125.41 | | 12/30/2025 | $4,125.41 | |

**Total Receipts: $81,528.69  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $81,528.69**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AFFIRM INC | | | | | | | |
| | 12/15/2025 | $9.44 | 954,378 | | 01/12/2026 | $6.61 | 955,811 |
| ASHLEY FUNDING SERVICES, LLC | | | | | | | |
| | 12/15/2025 | $6.47 | 954,596 | | | | |
| CM VENTURES HOLDING LLC | | | | | | | |
| | 11/17/2025 | $1,331.47 | 952,993 | | 12/15/2025 | $3,134.79 | 954,396 |
| | 01/12/2026 | $3,135.03 | 955,826 | | | | |

**Chapter 13 Case # 24-11166**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DISCOVER BANK DISCOVER PRODUCTS INC. | | | | | | | |
| | 11/17/2025 | $27.36 | 953,339 | | 11/17/2025 | $7.24 | 953,339 |
| | 12/15/2025 | $17.04 | 954,747 | | 12/15/2025 | $64.41 | 954,747 |
| | 01/12/2026 | $17.04 | 956,157 | | 01/12/2026 | $64.40 | 956,157 |
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 11/17/2025 | $20.17 | 952,834 | | 11/17/2025 | $6.49 | 952,834 |
| | 11/17/2025 | $19.58 | 952,834 | | 12/15/2025 | $47.48 | 954,236 |
| | 12/15/2025 | $15.28 | 954,236 | | 12/15/2025 | $46.15 | 954,236 |
| | 01/12/2026 | $47.47 | 955,676 | | 01/12/2026 | $15.28 | 955,676 |
| | 01/12/2026 | $46.06 | 955,676 | | | | |
| MERCEDES BENZ FINANANCIAL SERVICES USA LLC | | | | | | | |
| | 11/17/2025 | $21.73 | 953,006 | | 12/15/2025 | $51.16 | 954,409 |
| | 01/12/2026 | $51.15 | 955,841 | | | | |
| MIDFIRST BANK | | | | | | | |
| | 10/21/2024 | $1,791.35 | 935,120 | | 11/18/2024 | $2,384.17 | 936,572 |
| | 12/16/2024 | $2,384.17 | 937,963 | | 01/13/2025 | $1,612.05 | 939,387 |
| | 01/13/2025 | $549.00 | 939,387 | | | | |
| PARIN SHAH | | | | | | | |
| | 11/17/2025 | $123.26 | 953,611 | | 12/15/2025 | $290.20 | 955,016 |
| | 01/12/2026 | $290.21 | 956,426 | | | | |
| STATE OF NJ | | | | | | | |
| | 01/13/2025 | $144.45 | 939,769 | | 02/10/2025 | $115.31 | 941,101 |
| | 03/17/2025 | $804.06 | 942,535 | | 04/14/2025 | $804.06 | 943,970 |
| | 05/12/2025 | $819.04 | 945,410 | | 06/16/2025 | $827.75 | 946,840 |
| | 07/14/2025 | $827.75 | 948,275 | | 08/18/2025 | $827.75 | 949,578 |
| | 09/16/2025 | $827.75 | 950,949 | | 10/20/2025 | $819.03 | 952,434 |
| | 11/17/2025 | $471.17 | 953,848 | | 12/15/2025 | $7.73 | 955,266 |
| | 01/12/2026 | $5.41 | 956,664 | | | | |
| TD BANK NA | | | | | | | |
| | 11/17/2025 | $26.26 | 952,992 | | 11/17/2025 | $35.05 | 952,992 |
| | 12/15/2025 | $61.82 | 954,394 | | 12/15/2025 | $82.60 | 954,394 |
| | 01/12/2026 | $61.83 | 955,824 | | 01/12/2026 | $82.47 | 955,824 |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 01/13/2025 | $539.47 | 8,004,455 | | 02/10/2025 | $430.66 | 8,004,495 |
| | 03/17/2025 | $3,002.94 | 8,004,537 | | 04/14/2025 | $3,002.94 | 8,004,578 |
| | 05/12/2025 | $3,058.85 | 8,004,616 | | 06/16/2025 | $3,091.39 | 8,004,661 |
| | 07/14/2025 | $3,091.39 | 8,004,703 | | 08/18/2025 | $3,091.39 | 8,004,741 |
| | 09/16/2025 | $3,091.39 | 8,004,782 | | 10/20/2025 | $3,058.86 | 8,004,822 |
| | 11/17/2025 | $1,759.69 | 8,004,862 | | 11/17/2025 | $19.78 | 8,004,862 |
| | 12/15/2025 | $46.56 | 8,004,904 | | 01/12/2026 | $46.57 | 8,004,946 |
| WOORI AMERICA BANK | | | | | | | |
| | 10/21/2024 | $1,069.04 | 935,721 | | 11/18/2024 | $1,422.83 | 937,121 |
| | 12/16/2024 | $1,422.83 | 938,540 | | 01/13/2025 | $962.03 | 939,950 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 4,765.68 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 19,255.64 | 100.00% | 19,255.64 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ARM SOLUTIONS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AFFIRM INC | UNSECURED | 1,140.33 | * | 16.05 | |
| 0003 | ALLIANCE ONE RECEIVABLES MANAGM | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0006 | BRUNSWICK URGENT CARE, PA | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CM VENTURES HOLDING LLC | UNSECURED | 540,114.41 | * | 7,601.29 | |

**Chapter 13 Case # 24-11166**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0008 | CAP ONE, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | JPMORGAN CHASE BANK NA | UNSECURED | 7,943.80 | * | 111.79 | |
| 0011 | COLLECTION BUREAU OF AMERICA, N.A | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CREDI T CONTROL, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 2,935.49 | * | 41.32 | |
| 0014 | EDISON METUCHEN ORTHOPEDIC GROU | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | FINANCIAL RECOVERIES | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | FINANCIAL SERVICES, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | GIGNA PATEL | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | GREENIX | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | HACKENSACK MERIDIAM HEALTH | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | HARLEY DAVIDSON CREDIT CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | HARLEY DAVIDSON CREDIT CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | I.C. SYSTEM, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | UNITED STATES TREASURY/IRS | PRIORITY | 27,218.97 | 100.00% | 27,218.97 | |
| 0025 | JPMORGAN CHASE BANK NA | UNSECURED | 8,180.22 | * | 115.12 | |
| 0026 | JPMORGAN CHASE BANK NA | UNSECURED | 2,632.48 | * | 37.05 | |
| 0027 | JERSEY CENTRAL POWER & LIGHT | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | KAMAL PATEL | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | KUNAL PATEL | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 782.98 | * | 6.47 | |
| 0031 | LINEBARGER GOGGAN BLAIR & SAMPSO | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | M. FARRUKH NIZAN, MD, LLC. | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | MEGHA | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | MERCEDES BENZ FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | MERCEDES-BENZ VEHICLE TRUST SUCC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0036 | MIDLAND CREDIT MANAGMENT | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | MIDFIRST BANK | (NEW) Prepetition A | 8,171.74 | 100.00% | 8,171.74 | |
| 0038 | NYS DEPT. TAXATION & FINANCE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0039 | NATIONAL CONVENIENCE DISTRIBUTOR | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | PA DEPARTMENT OF REVENUE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0042 | PARIN SHAH | UNSECURED | 50,000.00 | * | 703.67 | |
| 0044 | PROFESSIONAL ACCOUNT MANAGMENT | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | RADIUS GLOBAL SOLUTIONS, LLC. | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | RAJANDRA PATEL | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | RAY CATENA MOTOR CAR CORPORATIOI | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0048 | RECEIVABLE COLLECTION | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | RESNICK DISTRIBUTORS | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | SAINT CLARE'S HOSPITAL | SECURED | 0.00 | 100.00% | 0.00 | |
| 0053 | US DEPARTMENT OF HOUSING AND URB | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | |
| 0054 | SRINIVAS DEVARKONDA | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | TAJ DISTRIBUTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | TD BANK NA | UNSECURED | 14,219.30 | * | 200.12 | |
| 0058 | THE HOME DEPOT | UNSECURED | 0.00 | * | 0.00 | |
| 0060 | WOORI AMERICA BANK | (NEW) Prepetition A | 4,876.73 | 100.00% | 4,876.73 | |
| 0063 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 11,097.11 | * | 156.17 | |
| 0064 | SECRETARY OF HOUSING AND URBAN D | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | |
| 0065 | STATE OF NJ | PRIORITY | 7,288.12 | 100.00% | 7,288.12 | |
| 0066 | AFFIRM INC | UNSECURED | 0.00 | * | 0.00 | |
| 0067 | AFFIRM INC | UNSECURED | 0.00 | * | 0.00 | |
| 0068 | AFFIRM INC | UNSECURED | 0.00 | * | 0.00 | |
| 0069 | HACKENSACK MERIDIAM HEALTH | UNSECURED | 0.00 | * | 0.00 | |
| 0070 | JP MORGAN CHASE | UNSECURED | 0.00 | * | 0.00 | |
| 0071 | RECEIVABLE COLLECTION | UNSECURED | 0.00 | * | 0.00 | |
| 0072 | RECEIVABLE COLLECTION | UNSECURED | 0.00 | * | 0.00 | |
| 0073 | RECEIVABLE COLLECTION | UNSECURED | 0.00 | * | 0.00 | |
| 0074 | RECEIVABLE COLLECTION | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 24-11166**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| 0075 | RECEIVABLE COLLECTION | UNSECURED | 0.00 | * | 0.00 | |
| 0076 | RECEIVABLE COLLECTION SERVICES, LL | UNSECURED | 0.00 | * | 0.00 | |
| 0077 | ROBERTWOOD JOHNSON UNIVERSITY H | UNSECURED | 0.00 | * | 0.00 | |
| 0078 | MERCEDES-BENZ VEHICLE TRUST SUCC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0079 | MERCEDES BENZ FINANANCIAL SERVIC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0080 | STATE OF NJ | UNSECURED | 933.23 | * | 13.14 | |
| 0081 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 261.52 | * | 0.00 | |
| 0082 | TD BANK NA | UNSECURED | 10,652.08 | * | 149.91 | |
| 0083 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 134.38 | * | 0.00 | |
| 0084 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 115.90 | * | 0.00 | |
| 0085 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 47.65 | * | 0.00 | |
| 0086 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 20.02 | * | 0.00 | |
| 0087 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 74.55 | * | 0.00 | |
| 0088 | MERCEDES BENZ FINANANCIAL SERVIC | UNSECURED | 8,813.86 | * | 124.04 | |
| 0089 | UNITED STATES TREASURY/IRS | UNSECURED | 8,022.40 | * | 112.91 | |
| 0090 | MIDFIRST BANK | (NEW) MTG Agree | 549.00 | 100.00% | 549.00 | |

**Total Paid:  $81,514.93**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $81,528.69          -     Paid to Claims: $57,493.61     -    Admin Costs Paid: $24,021.32  =   Funds on Hand: $13.76

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.