**UNITED STATES BANRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Nimeshkum S. Patel<br>Shital M. Patel<br>aka Nimesh S Patel<br>aka Shital Bhatt<br><br>Debtor(s). | Case No. 24-11166<br><br>Chapter 13<br><br>**NOTICE OF SATISFACTION OF PROOF OF CLAIM #19-1** |

**TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:**

NOTICE IS HEREBY GIVEN that **Harley-Davidson Credit Corp** ("Creditor"), considers the Proof of Claim filed on **April 03, 2024** and assigned claim number **19-1,** satisfied as of the date of this Notice. The loan has been paid in full and any future disbursements on claim number 19-1 should cease at this time. Any monies received after the date of this Notice will be returned to the sender.

Dated: May 12, 2026

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Craig Edelman

Craig Edelman
14841 Dallas Parkway
Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BonialPC.com
Authorized Agent for Harley-Davidson Credit Corp

**CERTIFICATE OF SERVICE OF SATISFACTION OF CLAIM**

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before May 12, 2026 via U.S. Mail. All other parties in interest listed on the Notice of Electronic Filing have been served electronically.

**Debtor** ***Via U.S. Mail***
Nimeshkum S. Patel
1 Saw Mill Drive
Somerset, NJ 08873

**Debtor** ***Via U.S. Mail***
Shital M. Patel
1 Saw Mill Drive
Somerset, NJ 08873

Respectfully Submitted,

/s/ Craig Edelman
Craig Edelman