UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Case No.:                   _____

Adversary No.:           _____

Chapter:                     _____

Judge:                        _____

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:        _____
(Example: John Smith, creditor)

Old address:        _____

_____          Payments Only -
Notice address
_____          remains the
same

New address:        _____

_____

_____

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   _____                _____
Signature

*rev.8/1/2021*