Laura Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

**Order Filed on August 17, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Nimeshkum S. Patel<br>aka Nimesh S Patel,<br>Shital M. Patel<br>aka Shital Bhatt,<br><br>Debtors. | Chapter 13<br><br>Case No. 24-11166-MEH<br><br>Judge: Mark E. Hall |

**ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: August 17, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

Debtors: Nimeshkum S. Patel
Case No.: 24-11166-MEH
Caption of Order: **ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

---

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay and Co-Debtor Stay (the "Motion") filed by Ally Capital ("Secured Creditor"), and Nimeshkum S. Patel and Shital M. Patel ("Debtors") having opposition thereto, with respect to the 2021 BMW X5, VIN: 5UXCR6C03M9F08192 ("Vehicle"), and the parties having consented to the entry of the within Order, and for good cause shown, it is hereby:

**ORDERED AS FOLLOWS:**

1. Debtors are now post-petition current and are due for the September 13, 2026 post-petition monthly payment in the amount of $885.00.
2. Debtors shall resume post-petition payments to be paid timely and in full with the September 13, 2026 payment.
3. If Debtors should default and fail to make future post-petition payments to Secured Creditor that come due during the pendency of this case for thirty (30) days from the due date, Secured Creditor's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Secured Creditor to proceed with its action against the Vehicle.
4. Debtors shall pay attorney fees and costs for the motion for relief in the amount of $649.00 to be paid as an administrative claim through the plan.